# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DARYL HELLER AND DENISE HELLER, h/w** ) ) ) | |
| **Plaintiff** ) | **CIVIL NO. 1:24-cv-00293-CCC** |
| v. ) ) | |
| **SELECTIVE INSURANCE COMPANY OF SOUTHEAST** ) ) ) | |
| **Defendants** ) | |

## ORDER

AND NOW, this _____ day of _____, 2024, upon consideration of Defendant Selective Insurance Company of Southeast's Motion to Dismiss Plaintiffs' Amended Complaint, and any response thereto, it is hereby ORDERED that Count II of Plaintiffs' Amended Complaint is hereby dismissed with prejudice.

                                            **BY THE COURT:**

                                            _____

                                            **CHRISTOPHER C. CONNOR, J.**