# EXHIBIT A

# CERTIFICATE OF UNDERWRITING

I, SHELLY GALLAGHER, HEREBY CERTIFY THAT I AM A VICE-PRESIDENT OF SELECTIVE INSURANCE COMPANY OF AMERICA AND MANAGER OF PERSONAL LINES UNDERWRITING OPERATIONS.

I FURTHER CERTIFY THAT THE ATTACHED SELECTIVE INSURANCE COMPANY OF SOUTHEAST  AUTOMOBILE  POLICY F5214977, EFFECTIVE JUNE 20, 2017 TO JUNE 20, 2018 IN THE NAME OF DARYL HELLER, IS A TRUE COPY OF THE ORIGINAL AUTOMOBILE  POLICY F5214977 EFFECTIVE JUNE 20, 2017 TO JUNE 20, 2018.

**IN WITNESS WHEREOF**, I HAVE SIGNED THIS DOCUMENT THIS MARCH 18, 2024.

_Shelly Gallagher_

SHELLY GALLAGHER
VICE-PRESIDENT, PL Underwriting

POL01

# CONTINUOUS PERSONAL AUTO POLICY CERTIFICATE

SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST
3426 TORINGDON WAY STE 200
CHARLOTTE, N.C. 28277

**Named Insured and Mailing Address**
DARYL HELLER
DENISE HELLER
8 E MAIN ST
PALMYRA, PA 17078-1710

Occupation :

**POLICY DATA**

| | |
|---|---|
| Number | F  5214977 |
| Type | - 04A      PA |
| Agent No. | 00-02678-00000 |
| Period | 06/20/2017 to 06/20/2018 |
| | 12:01 A.M. Standard Time |

AGENT:
STRICKLER INSURANCE AGENCY INC
161 N 8TH ST STE 2
LEBANON, PA 17046-5094
170465094

BILL ACCT. NO.:   567261217

717-273-2641

## IMPORTANT NOTICE REGARDING YOUR AUTOMOBILE INSURANCE POLICY

PENNSYLVANIA LAW REQUIRES US TO PROVIDE YOU THE FOLLOWING INFORMATION CONCERNING COLLISION DAMAGE TO RENTAL VEHICLES. IF YOU CARRY COLLISION COVERAGE ON AT LEAST ONE OF YOUR VEHICLES INSURED ON YOUR AUTO POLICY, COLLISION COVERAGE WILL BE EXTENDED TO COVER ANY PRIVATE PASSENGER VEHICLE THAT YOU MAY RENT. FOR LIMITATIONS ON SUCH COVERAGE, PLEASE REFER TO YOUR PERSONAL AUTO POLICY, SECTION D - "COVERAGE FOR DAMAGE TO YOUR AUTO". SHOULD YOU HAVE ANY QUESTIONS, PLEASE CONTACT YOUR INSURANCE AGENT.

INSURANCE IS AFFORDED ONLY FOR COVERAGES AS ARE INDICATED BY SPECIFIC PREMIUM CHARGE OR CHARGES.  THE LIMIT OF THE COMPANY'S LIABILITY FOR EACH COVERAGE SHALL BE AS STATED BELOW, SUBJECT TO ALL RELEVANT TERMS OF THIS POLICY.

## AUTOMOBILE COVERAGE INFORMATION

### DESCRIPTION OF OWNED AUTOS

| NO | YEAR | MAKE | MODEL | SERIAL NUMBER (VIN) | CLASS | USE |
|----|------|------|-------|---------------------|-------|-----|
| 01 | 2005 | DODGE | NEON SXT | 1B3ES56C45D132033 | 870808 | 1 |
| 02 | 1999 | DODGE | CARAVAN | 2B4FP25B9XR344614 | 825408 | 1 |
| 03 | 2002 | DODGE | NEON | 1B3AS76F42D564668 | 885108 | 1 |
| 04 | 2005 | DODGE | NEON SXT | 1B3ES56C95D256511 | 887108 | 1 |
| 05 | 2015 | TOYOTA | COROLLA L | 2T1BURHE0FC230489 | 885108 | 1 |

| NO | ALL OTHER TERRITORY | OTHER THAN COLLISION TERRITORY | TYPE* | COST | SYMBOL | OTHER THAN COLLISION SYMBOL | COLLISION SYMBOL |
|----|------|------|------|------|--------|------|------|
| 01 | 011 | 010 | 01 | | 17 | | |
| 02 | 011 | 010 | 01 | | 07 | | |
| 03 | 011 | 010 | 01 | | 20 | | |
| 04 | 011 | 010 | 01 | | 17 | | |
| 05 | 011 | 010 | 01 | | | 24 | 34 |

*TYPE 01=PRIVATE PASSENGER AUTO

THE VEHICLES DESCRIBED IN THIS POLICY ARE PRINCIPALLY GARAGED AT THE ABOVE ADDRESS UNLESS OTHERWISE STATED.

### OPERATOR SECTION

PLEASE NOTIFY YOUR AGENT IF THERE ARE ADDITIONAL DRIVERS IN THE HOUSEHOLD THAT ARE NOT LISTED IN THIS OPERATOR SECTION.

| NO. | NAME | BIRTH DATE | SEX | MARITAL STATUS | LICENSE NUMBER |
|-----|------|------------|-----|----------------|----------------|
| 01 | DARYL HELLER | 05/11/1965 | M | MARRIED | 20752616 |
| 02 | DENISE HELLER | 11/05/1967 | F | MARRIED | 21458712 |
| 03 | ASHLEY BENDER | 12/07/1987 | F | SINGLE | 28028024 |
| 04 | VICTORIA HELLER | 01/17/1996 | F | SINGLE | 31030576 |

CONTINUED ON NEXT PAGE

Issuing Date 05/11/2017

Date

Authorized REPRESENTATIVE  --NOT REQUIRED--

D/B - 10

AUD-713(12/88)

INSURED'S COPY

POL02

# CONTINUOUS PERSONAL AUTO POLICY CERTIFICATE

```
SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST
3426 TORINGDON WAY STE 200
CHARLOTTE, N.C. 28277
```

| | | |
|---|---|---|
| P O L I C Y   D A T A | **Number** | F  5214977 |
| | **Type** | - 04A        PA |
| | **Agent No.** | 00-02678-00000 |

**Named Insured and Mailing Address**
```
DARYL HELLER
DENISE HELLER
8 E MAIN ST
PALMYRA, PA 17078-1710
```
**Occupation :**

| | |
|---|---|
| **Period** | 06/20/2017 to 06/20/2018 |
| | 12:01 A.M. Standard Time |

P O L I C Y   D A T A

PAGE  2

| COVERED AUTO NO. | AUTOMOBILE COVERAGES AND LIMITS OF LIABILITY | FULL TERM PREMIUM |
|---|---|---|

YOUR POLICY WAS ISSUED WITH THE LIMITED TORT THRESHOLD OPTION

BODILY INJURY LIABILITY

| No. | Each Person | Each Accident | Premium |
|---|---|---|---|
| 01 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 156.00 |
| 02 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 185.00 |
| 03 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 121.00 |
| 04 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 125.00 |
| 05 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 106.00 |

PROPERTY DAMAGE

| No. | Each Accident | Premium |
|---|---|---|
| 01 | $100,000 EACH ACCIDENT | 129.00 |
| 02 | $100,000 EACH ACCIDENT | 131.00 |
| 03 | $100,000 EACH ACCIDENT | 114.00 |
| 04 | $100,000 EACH ACCIDENT | 123.00 |
| 05 | $100,000 EACH ACCIDENT | 107.00 |

STACKED UNINSURED MOTORISTS COVERAGE

BODILY INJURY

| No. | Each Person | Each Accident | Premium |
|---|---|---|---|
| 01 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 46.00 |
| 02 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 46.00 |
| 03 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 46.00 |
| 04 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 46.00 |
| 05 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 46.00 |

STACKED UNDERINSURED MOTORISTS COVERAGE

BODILY INJURY

| No. | Each Person | Each Accident | Premium |
|---|---|---|---|
| 01 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 106.00 |
| 02 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 106.00 |
| 03 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 106.00 |
| 04 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 106.00 |
| 05 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 106.00 |

ADDED FIRST PARTY BENEFITS 309
MEDICAL EXPENSE BENEFIT OF UP TO $100,000
WORK LOSS BENEFIT OF UP TO $15,000
SUBJECT TO A MAXIMUM OF $1,000 PER MONTH
FUNERAL EXPENSES OF UP TO $1,500

| No. | | Premium |
|---|---|---|
| 01 | FIRST PARTY BENEFITS PREMIUM | 122.00 |
| 02 | FIRST PARTY BENEFITS PREMIUM | 114.00 |
| 03 | FIRST PARTY BENEFITS PREMIUM | 120.00 |
| 04 | FIRST PARTY BENEFITS PREMIUM | 122.00 |
| 05 | FIRST PARTY BENEFITS PREMIUM | 107.00 |

DAMAGE TO YOUR AUTO

OTHER THAN COLLISION

| No. | | | | Premium |
|---|---|---|---|---|
| 01 | ACTUAL CASH VALUE | MINUS | $250 DEDUCTIBLE | 100.00 |
| 02 | ACTUAL CASH VALUE | MINUS | $250 DEDUCTIBLE | 48.00 |
| 03 | ACTUAL CASH VALUE | MINUS | $250 DEDUCTIBLE | 99.00 |
| 04 | ACTUAL CASH VALUE | MINUS | $250 DEDUCTIBLE | 94.00 |
| 05 | ACTUAL CASH VALUE | MINUS | $100 DEDUCTIBLE | 166.00 |

COLLISION

| No. | | | | Premium |
|---|---|---|---|---|
| 01 | ACTUAL CASH VALUE | MINUS | $500 DEDUCTIBLE | 314.00 |
| 02 | ACTUAL CASH VALUE | MINUS | $500 DEDUCTIBLE | 199.00 |
| 03 | ACTUAL CASH VALUE | MINUS | $500 DEDUCTIBLE | 254.00 |
| 04 | ACTUAL CASH VALUE | MINUS | $500 DEDUCTIBLE | 259.00 |
| 05 | ACTUAL CASH VALUE | MINUS | $500 DEDUCTIBLE | 415.00 |

| No. | | Premium |
|---|---|---|
| 01 | TOWING AND LABOR COSTS $75.00 EACH DISABLEMENT | 8.00 |
| 02 | TOWING AND LABOR COSTS $75.00 EACH DISABLEMENT | 8.00 |
| 03 | TOWING AND LABOR COSTS $75.00 EACH DISABLEMENT | 8.00 |
| 04 | TOWING AND LABOR COSTS $75.00 EACH DISABLEMENT | 8.00 |
| 05 | TOWING AND LABOR COSTS $75.00 EACH DISABLEMENT | 8.00 |

CONTINUED ON NEXT PAGE

```
SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST          P | Number        F  5214977
3426 TORINGDON WAY STE 200                            O |
CHARLOTTE, N.C. 28277                                 L | Type            - 04A      PA
                                                      I |
                                                      C | Agent No.
                                                      Y |              00-02678-00000
                                                      |
                                                      D |
Named Insured and Mailing Address                     A | Period
DARYL HELLER                                          T |
DENISE HELLER                                         A | 06/20/2017 to  06/20/2018
8 E MAIN ST                                           |
PALMYRA, PA 17078-1710                                | 12:01 A.M. Standard Time
Occupation :
```

```
                                                                      PAGE  3
01    OPTIONAL LIMITS TRANSPORTATION EXPENSES
                          $50 A DAY/$1,500 MAXIMUM                     30.00
02    OPTIONAL LIMITS TRANSPORTATION EXPENSES
                          $50 A DAY/$1,500 MAXIMUM                     30.00
03    OPTIONAL LIMITS TRANSPORTATION EXPENSES
                          $50 A DAY/$1,500 MAXIMUM                     30.00
04    OPTIONAL LIMITS TRANSPORTATION EXPENSES
                          $50 A DAY/$1,500 MAXIMUM                     30.00
05    OPTIONAL LIMITS TRANSPORTATION EXPENSES
                          $40 A DAY/$1,200 MAXIMUM                     25.00
      NEWER CAR REPLACEMENT
05       OTHER THAN COLLISION COVERAGE                                 12.00
05       COLLISION COVERAGE                                            54.00
```

```
AUTO NO.                      ADDITIONAL INTERESTS
--------                      --------------------
         LOSS PAYEE:
01       TOYOTA MOTOR FINANCE
         PO BOX 3025
         CORAOPOLIS, PA 15108

05       JONESTOWN BANK & TRUST
         PO BOX 9378
         RICHMOND, VA 23227-0378
```

```
THE FOLLOWING ITEMS WERE CONSIDERED DURING THE RATING OF YOUR POLICY.
AUTO NO.
--------
   01    PASSIVE RESTRAINT SYSTEMS          DAYTIME LIGHTS SYSTEM
         PASSIVE DISABLING DEVICE
   02    PASSIVE RESTRAINT SYSTEMS          DAYTIME LIGHTS SYSTEM
         PASSIVE DISABLING DEVICE
   03    PASSIVE RESTRAINT SYSTEMS          DAYTIME LIGHTS SYSTEM
         PASSIVE DISABLING DEVICE
   04    PASSIVE RESTRAINT SYSTEMS          DAYTIME LIGHTS SYSTEM
         PASSIVE DISABLING DEVICE
   05    PASSIVE RESTRAINT SYSTEMS          DAYTIME LIGHTS SYSTEM
         PASSIVE DISABLING DEVICE
```

```
   THE FOLLOWING FORMS AND ENDORSEMENTS APPLY TO YOUR POLICY.
   ALL PRIOR ATTACHMENTS ARE STILL APPLICABLE.
PP0001     0698   *AUD-841   0713   *SIO151    0916   *IL0910    0702
AUD-690    1286   *MISC-798  0601   *IN0197    0807   PP0302     0698
PP0303     0486   *SIO305    0101   PP0338     1298   *SIO419    0116
*SIO423    0116   PP0551     0694   PP1301     1299   *AUD-611A  0916
*MISC-1597 1006   *AUD-603   0214   PP2316     1013   *AUD-842   0790
AUD-1140   0715   *IN0646    0816   *PP2340    1015   *PPP012    1015
```

```
VEHICLE 01 PREMIUM WAS CALCULATED WITH LEVEL  8 RATES
VEHICLE 02 PREMIUM WAS CALCULATED WITH LEVEL  8 RATES
VEHICLE 03 PREMIUM WAS CALCULATED WITH LEVEL  8 RATES
VEHICLE 04 PREMIUM WAS CALCULATED WITH LEVEL  8 RATES
VEHICLE 05 PREMIUM WAS CALCULATED WITH LEVEL  8 RATES
PRIOR LIABILITY LIMITS/YEARS WITH PRIOR CARRIER DISCOUNT APPLIES
```

```
                         AUTO 01 SUBTOTAL         $ 1,011.00
                         AUTO 02 SUBTOTAL         $   867.00
                         AUTO 03 SUBTOTAL         $   898.00
                         AUTO 04 SUBTOTAL         $   913.00
                         AUTO 05 SUBTOTAL         $ 1,152.00
                             FULL TERM POLICY PREMIUM  $ 4,841.00

                         CONTINUED ON NEXT PAGE
```

# CONTINUOUS PERSONAL AUTO POLICY CERTIFICATE

SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST
3426 TORINGDON WAY STE 200
CHARLOTTE, N.C. 28277

**Named Insured and Mailing Address**
DARYL HELLER
DENISE HELLER
8 E MAIN ST
PALMYRA, PA 17078-1710

Occupation :

**P O L I C Y D A T A**

| | |
|---|---|
| **Number** | F  5214977 |
| **Type** | - 04A   PA |
| **Agent No.** | 00-02678-00000 |
| **Period** | 06/20/2017 to  06/20/2018 |
| | 12:01 A.M. Standard Time |

**P O L I C Y D A T A**

PAGE  4

INCLUDED IN THE FULL TERM POLICY PREMIUM IS A SURCHARGE OR ADDITIONAL
AMOUNT CHARGED OF   $420.00 AS A RESULT OF ACCIDENT INVOLVEMENT.

IF THE SURCHARGE IS DUE TO A CITATION IMPOSED UNDER 75 PA C.S. 1533,
RELATING TO SUSPENSION OF OPERATING PRIVILEGE FOR FAILURE TO RESPOND TO A
CITATION, OR NONPAYMENT OF A FINE OR PENALTY IMPOSED UNDER THIS SECTION,
THE SURCHARGE WILL BE TERMINATED IF THE INSURED IS ABLE TO PROVIDE US WITH
PROOF THAT THE INSURED HAS RESPONDED TO ALL CITIATIONS IMPOSED UNDER 75 PA
C.S. 1533 AND PAID ANY FINES AND PENALTIES IMPOSED UNDER THAT SECTION.

---

### CONTINUOUS RENEWAL PLAN

1.  THE POLICY PERIOD SHALL BE AS INDICATED AND FOR SUCCESSIVE POLICY TERMS AS
    STATED BELOW.
2.  IF WE ELECT TO CONTINUE THIS INSURANCE, WE WILL RENEW THIS POLICY IF YOU PAY
    THE REQUIRED RENEWAL PREMIUM WHEN DUE FOR EACH SUCCESSIVE POLICY PERIOD,
    SUBJECT TO OUR PREMIUMS, RULES AND FORMS THEN IN EFFECT.

---

### IMPORTANT NOTICE

ANY PERSON WHO KNOWINGLY AND WITH INTENT TO INJURE OR DEFRAUD ANY INSURER FILES
AN APPLICATION OR CLAIM CONTAINING ANY FALSE, INCOMPLETE OR MISLEADING
INFORMATION SHALL, UPON CONVICTION, BE SUBJECT TO IMPRISONMENT FOR UP TO SEVEN
YEARS AND PAYMENT OF A FINE OF UP TO $15,000.

---

STATISTICS INDICATE THAT ANTI-THEFT DEVICES SUCH AS BURGLAR ALARMS RESULT IN
FEWER STOLEN VEHICLES.  VEHICLE RECOVERY SYSTEMS, WHICH TRANSMIT TO LAW
ENFORCEMENT AGENCIES THE LOCATION OF A STOLEN VEHICLE, RESULT IN HIGHER RECOVERY
OF STOLEN AUTOMOBILES.  PASSIVE RESTRAINT SYSTEMS SUCH AS AIR BAGS OR AUTOMATIC
SEAT BELTS HAVE PROVEN TO REDUCE INJURIES IN AUTOMOBILE ACCIDENTS. SELECTIVE
INSURANCE PROVIDES PREMIUM REDUCTIONS FOR MANY OF THESE SYSTEMS IN MOST OF OUR
STATES.

# CONTINUOUS PERSONAL AUTO POLICY ENDORSEMENT

SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST
3426 TORINGDON WAY STE 200
CHARLOTTE, N.C. 28277

**P O L I C Y  D A T A**

| | |
|---|---|
| Number | F  5214977 |
| Type | - 04B      PA |
| Agent No. | 00-02678-00000 |
| Period | 06/20/2017 to 06/20/2018 |

12:01 A.M. Standard Time
Eff. Date of Change 06/20/2017

**P O L I C Y  D A T A**

**Named Insured and Mailing Address**
DARYL HELLER
DENISE HELLER
8 E MAIN ST
PALMYRA, PA 17078-1710
Occupation :

AGENT:
STRICKLER INSURANCE AGENCY INC
161 N 8TH ST STE 2
LEBANON, PA 17046-5094
170465094

BILL ACCT. NO.:  567261217

717-273-2641

## IMPORTANT NOTICE REGARDING YOUR AUTOMOBILE INSURANCE POLICY

PENNSYLVANIA LAW REQUIRES US TO PROVIDE YOU THE FOLLOWING INFORMATION
CONCERNING COLLISION DAMAGE TO RENTAL VEHICLES. IF YOU CARRY COLLISION
COVERAGE ON AT LEAST ONE OF YOUR VEHICLES INSURED ON YOUR AUTO POLICY,
COLLISION COVERAGE WILL BE EXTENDED TO COVER ANY PRIVATE PASSENGER VEHICLE
THAT YOU MAY RENT. FOR LIMITATIONS ON SUCH COVERAGE, PLEASE REFER TO YOUR
PERSONAL AUTO POLICY, SECTION D - "COVERAGE FOR DAMAGE TO YOUR AUTO".
SHOULD YOU HAVE ANY QUESTIONS, PLEASE CONTACT YOUR INSURANCE AGENT.

INSURANCE IS AFFORDED ONLY FOR COVERAGES AS ARE INDICATED BY SPECIFIC PREMIUM
CHARGE OR CHARGES.  THE LIMIT OF THE COMPANY'S LIABILITY FOR EACH COVERAGE
SHALL BE AS STATED BELOW, SUBJECT TO ALL RELEVANT TERMS OF THIS POLICY.

## AUTOMOBILE COVERAGE INFORMATION

### DESCRIPTION OF OWNED AUTOS

| NO | YEAR | MAKE | MODEL | SERIAL NUMBER (VIN) | CLASS | USE |
|----|------|------|-------|---------------------|-------|-----|
| 01 | 2005 | DODGE | NEON SXT | 1B3ES56C45D132033 | 870808 | 1 |
| 02 | 1999 | DODGE | CARAVAN | 2B4FP25B9XR344614 | 825408 | 1 |
| 03 | 2002 | DODGE | NEON | 1B3AS76F42D564668 | 885108 | 1 |
| 04 | 2005 | DODGE | NEON SXT | 1B3ES56C95D256511 | 887108 | 1 |
| 05 | 2015 | TOYOTA | COROLLA L | 2T1BURHE0FC230489 | 885108 | 1 |

| NO | ALL OTHER TERRITORY | OTHER THAN COLLISION TERRITORY | TYPE* | COST | SYMBOL | OTHER THAN COLLISION SYMBOL | COLLISION SYMBOL |
|----|---------------------|--------------------------------|-------|------|--------|-----------------------------|------------------|
| 01 | 011 | 010 | 01 | | 17 | | |
| 02 | 011 | 010 | 01 | | 07 | | |
| 03 | 011 | 010 | 01 | | 20 | | |
| 04 | 011 | 010 | 01 | | 17 | | |
| 05 | 011 | 010 | 01 | | | 24 | 34 |

*TYPE 01=PRIVATE PASSENGER AUTO

THE VEHICLES DESCRIBED IN THIS POLICY ARE PRINCIPALLY GARAGED AT THE ABOVE
ADDRESS UNLESS OTHERWISE STATED.

### OPERATOR SECTION

PLEASE NOTIFY YOUR AGENT IF THERE ARE ADDITIONAL DRIVERS IN THE HOUSEHOLD
THAT ARE NOT LISTED IN THIS OPERATOR SECTION.

| NO. | NAME | BIRTH DATE | SEX | MARITAL STATUS | LICENSE NUMBER |
|-----|------|------------|-----|----------------|----------------|
| 01 | DARYL HELLER | 05/11/1965 | M | MARRIED | 20752616 |
| 02 | DENISE HELLER | 11/05/1967 | F | MARRIED | 21458712 |
| 03 | ASHLEY BENDER | 12/07/1987 | F | SINGLE | 28028024 |
| 04 | VICTORIA HELLER | 01/17/1996 | F | SINGLE | 31030576 |

CONTINUED ON NEXT PAGE

Issuing Date 06/12/2017

Date _____

Authorized REPRESENTATIVE  --NOT REQUIRED--

D/B - 10
AUD-713(12/88)

INSURED'S COPY

POL06

# CONTINUOUS PERSONAL AUTO POLICY ENDORSEMENT

SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST
3426 TORINGDON WAY STE 200
CHARLOTTE, N.C. 28277

**POLICY DATA**

| Number | F  5214977 |
|---|---|
| Type | - 04B        PA |
| Agent No. | 00-02678-00000 |
| Period | |

06/20/2017 to 06/20/2018

12:01 A.M. Standard Time

Eff. Date of Change 06/20/2017

**Named Insured and Mailing Address**
DARYL HELLER
DENISE HELLER
8 E MAIN ST
PALMYRA, PA 17078-1710
Occupation :

PAGE   2

## POLICY CHANGES
---------------

THIS POLICY HAS BEEN AMENDED AS FOLLOWS:

    *** DELETED COLLISION COVERAGE ON VEHICLE # 02, 03, 04

PLEASE REFER TO THE PREMIUM ADJUSTMENT SECTION OF THIS ENDORSEMENT.

| COVERED AUTO NO. | AUTOMOBILE COVERAGES AND LIMITS OF LIABILITY | | FULL TERM PREMIUM |
|---|---|---|---|
| | YOUR POLICY WAS ISSUED WITH THE LIMITED TORT THRESHOLD OPTION | | |
| | BODILY INJURY LIABILITY | | |
| 01 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 156.00 |
| 02 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 185.00 |
| 03 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 121.00 |
| 04 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 125.00 |
| 05 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 106.00 |
| | PROPERTY DAMAGE | | |
| 01 | $100,000 EACH ACCIDENT | | 129.00 |
| 02 | $100,000 EACH ACCIDENT | | 131.00 |
| 03 | $100,000 EACH ACCIDENT | | 114.00 |
| 04 | $100,000 EACH ACCIDENT | | 123.00 |
| 05 | $100,000 EACH ACCIDENT | | 107.00 |
| | STACKED UNINSURED MOTORISTS COVERAGE | | |
| | BODILY INJURY | | |
| 01 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 46.00 |
| 02 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 46.00 |
| 03 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 46.00 |
| 04 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 46.00 |
| 05 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 46.00 |
| | STACKED UNDERINSURED MOTORISTS COVERAGE | | |
| | BODILY INJURY | | |
| 01 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 106.00 |
| 02 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 106.00 |
| 03 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 106.00 |
| 04 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 106.00 |
| 05 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 106.00 |
| | ADDED FIRST PARTY BENEFITS 309 | | |
| | MEDICAL EXPENSE BENEFIT OF UP TO $100,000 | | |
| | WORK LOSS BENEFIT OF UP TO $15,000 | | |
| | SUBJECT TO A MAXIMUM OF $1,000 PER MONTH | | |
| | FUNERAL EXPENSES OF UP TO $1,500 | | |
| 01 | FIRST PARTY BENEFITS PREMIUM | | 122.00 |
| 02 | FIRST PARTY BENEFITS PREMIUM | | 114.00 |
| 03 | FIRST PARTY BENEFITS PREMIUM | | 120.00 |
| 04 | FIRST PARTY BENEFITS PREMIUM | | 122.00 |
| 05 | FIRST PARTY BENEFITS PREMIUM | | 107.00 |
| | DAMAGE TO YOUR AUTO | | |
| | OTHER THAN COLLISION | | |
| 01 | ACTUAL CASH VALUE        MINUS   $250 DEDUCTIBLE | | 100.00 |
| 02 | ACTUAL CASH VALUE        MINUS   $250 DEDUCTIBLE | | 48.00 |
| 03 | ACTUAL CASH VALUE        MINUS   $250 DEDUCTIBLE | | 99.00 |
| 04 | ACTUAL CASH VALUE        MINUS   $250 DEDUCTIBLE | | 94.00 |
| 05 | ACTUAL CASH VALUE        MINUS   $100 DEDUCTIBLE | | 166.00 |
| | COLLISION | | |
| 01 | ACTUAL CASH VALUE        MINUS   $500 DEDUCTIBLE | | 314.00 |
| 05 | ACTUAL CASH VALUE        MINUS   $500 DEDUCTIBLE | | 415.00 |
| 01 | TOWING AND LABOR COSTS  $75.00 EACH DISABLEMENT | | 8.00 |
| 02 | TOWING AND LABOR COSTS  $75.00 EACH DISABLEMENT | | 8.00 |
| 03 | TOWING AND LABOR COSTS  $75.00 EACH DISABLEMENT | | 8.00 |
| 04 | TOWING AND LABOR COSTS  $75.00 EACH DISABLEMENT | | 8.00 |
| 05 | TOWING AND LABOR COSTS  $75.00 EACH DISABLEMENT | | 8.00 |

CONTINUED ON NEXT PAGE

D/B - 10
AUD-713(12/88)                              INSURED'S COPY                              POL07

# CONTINUOUS PERSONAL AUTO POLICY ENDORSEMENT

```
SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST        P      Number          F  5214977       P
3426 TORINGDON WAY STE 200                          O                                       O
CHARLOTTE, N.C. 28277                               L      Type            -  04B     PA     L
                                                    I                                       I
                                                    C      Agent No.                        C
                                                    Y           00-02678-00000             Y
Named Insured and Mailing Address                   D                                       D
DARYL HELLER                                        A      Period                          A
DENISE HELLER                                       T          06/20/2017 to 06/20/2018    T
8 E MAIN ST                                         A                                       A
PALMYRA, PA 17078-1710                                     12:01 A.M. Standard Time
Occupation :                                              Eff. Date of Change 06/20/2017
```

```
                                                                        PAGE  3
01    OPTIONAL LIMITS TRANSPORTATION EXPENSES
                      $50 A DAY/$1,500 MAXIMUM                           30.00
02    OPTIONAL LIMITS TRANSPORTATION EXPENSES
                      $50 A DAY/$1,500 MAXIMUM                           30.00
03    OPTIONAL LIMITS TRANSPORTATION EXPENSES
                      $50 A DAY/$1,500 MAXIMUM                           30.00
04    OPTIONAL LIMITS TRANSPORTATION EXPENSES
                      $50 A DAY/$1,500 MAXIMUM                           30.00
05    OPTIONAL LIMITS TRANSPORTATION EXPENSES
                      $40 A DAY/$1,200 MAXIMUM                           25.00
      NEWER CAR REPLACEMENT
05       OTHER THAN COLLISION COVERAGE                                   12.00
05       COLLISION COVERAGE                                             54.00

AUTO NO.                      ADDITIONAL INTERESTS
--------                      --------------------
         LOSS PAYEE:
01       TOYOTA MOTOR FINANCE
         PO BOX 3025
         CORAOPOLIS, PA 15108

05       JONESTOWN BANK & TRUST
         PO BOX 9378
         RICHMOND, VA 23227-0378

THE FOLLOWING ITEMS WERE CONSIDERED DURING THE RATING OF YOUR POLICY.
AUTO NO.
--------
  01     PASSIVE RESTRAINT SYSTEMS          DAYTIME LIGHTS SYSTEM
         PASSIVE DISABLING DEVICE
  02     PASSIVE RESTRAINT SYSTEMS          DAYTIME LIGHTS SYSTEM
         PASSIVE DISABLING DEVICE
  03     PASSIVE RESTRAINT SYSTEMS          DAYTIME LIGHTS SYSTEM
         PASSIVE DISABLING DEVICE
  04     PASSIVE RESTRAINT SYSTEMS          DAYTIME LIGHTS SYSTEM
         PASSIVE DISABLING DEVICE
  05     PASSIVE RESTRAINT SYSTEMS          DAYTIME LIGHTS SYSTEM
         PASSIVE DISABLING DEVICE

   THE FOLLOWING FORMS AND ENDORSEMENTS APPLY TO YOUR POLICY.
   ALL PRIOR ATTACHMENTS ARE STILL APPLICABLE.
PP0001    0698    AUD-841    0713    SIO151   0916    IL0910    0702
AUD-690   1286    MISC-798   0601    IN0197   0807    PP0302    0698
PP0303    0486    SIO305     0101    PP0338   1298    SIO419    0116
SIO423    0116    PP0551     0694    PP1301   1299    AUD-611A  0916
MISC-1597 1006    AUD-603    0214    PP2316   1013    AUD-842   0790
AUD-1140  0715    IN0646     0816    PP2340   1015    PPP012    1015

VEHICLE 01 PREMIUM WAS CALCULATED WITH LEVEL  8 RATES
VEHICLE 02 PREMIUM WAS CALCULATED WITH LEVEL  8 RATES
VEHICLE 03 PREMIUM WAS CALCULATED WITH LEVEL  8 RATES
VEHICLE 04 PREMIUM WAS CALCULATED WITH LEVEL  8 RATES
VEHICLE 05 PREMIUM WAS CALCULATED WITH LEVEL  8 RATES
PRIOR LIABILITY LIMITS/YEARS WITH PRIOR CARRIER DISCOUNT APPLIES

                    AUTO 01 REVISED FULL TERM SUBTOTAL $ 1,011.00
                    AUTO 02 REVISED FULL TERM SUBTOTAL $   668.00
                    AUTO 03 REVISED FULL TERM SUBTOTAL $   644.00
                    AUTO 04 REVISED FULL TERM SUBTOTAL $   654.00
                    AUTO 05 REVISED FULL TERM SUBTOTAL $ 1,152.00
                            FULL TERM POLICY PREMIUM   $ 4,129.00

                            CONTINUED ON NEXT PAGE
```

D/B - 10
AUD-713(12/88)                    INSURED'S COPY                      POL08

# CONTINUOUS PERSONAL AUTO POLICY ENDORSEMENT

SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST
3426 TORINGDON WAY STE 200
CHARLOTTE, N.C. 28277

**Named Insured and Mailing Address**
DARYL HELLER
DENISE HELLER
8 E MAIN ST
PALMYRA, PA 17078-1710
Occupation :

| POLICY DATA | | POLICY DATA |
|---|---|---|
| Number | F 5214977 | |
| Type | - 04B    PA | |
| Agent No. | 00-02678-00000 | |
| Period | | |
| | 06/20/2017 to 06/20/2018 | |
| | 12:01 A.M. Standard Time | |
| | Eff. Date of Change 06/20/2017 | |

PAGE  4

INCLUDED IN THE FULL TERM POLICY PREMIUM IS A SURCHARGE OR ADDITIONAL
AMOUNT CHARGED OF   $326.00 AS A RESULT OF ACCIDENT INVOLVEMENT.

IF THE SURCHARGE IS DUE TO A CITATION IMPOSED UNDER 75 PA C.S. 1533,
RELATING TO SUSPENSION OF OPERATING PRIVILEGE FOR FAILURE TO RESPOND TO A
CITATION, OR NONPAYMENT OF A FINE OR PENALTY IMPOSED UNDER THIS SECTION,
THE SURCHARGE WILL BE TERMINATED IF THE INSURED IS ABLE TO PROVIDE US WITH
PROOF THAT THE INSURED HAS RESPONDED TO ALL CITIATIONS IMPOSED UNDER 75 PA
C.S. 1533 AND PAID ANY FINES AND PENALTIES IMPOSED UNDER THAT SECTION.

---

### PREMIUM ADJUSTMENT
-----------------

PREMIUM ADJUSTMENT RESULTING FROM THIS CHANGE ENDORSEMENT:
$712.00  RETURN

---

### CONTINUOUS RENEWAL PLAN

1.  THE POLICY PERIOD SHALL BE AS INDICATED AND FOR SUCCESSIVE POLICY TERMS AS
    STATED BELOW.
2.  IF WE ELECT TO CONTINUE THIS INSURANCE, WE WILL RENEW THIS POLICY IF YOU PAY
    THE REQUIRED RENEWAL PREMIUM WHEN DUE FOR EACH SUCCESSIVE POLICY PERIOD,
    SUBJECT TO OUR PREMIUMS, RULES AND FORMS THEN IN EFFECT.

---

PRO RATA % - 1.0000

NUMBER OF DAYS - 365

D/B - 10
AUD-713(12/88)                    **INSURED'S COPY**                    POL09

# CONTINUOUS PERSONAL AUTO POLICY ENDORSEMENT

```
SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST      P | Number        F  5214977
3426 TORINGDON WAY STE 200                        O |
CHARLOTTE, N.C. 28277                             L | Type          - 04C    PA
                                                  I |
                                                  C | Agent No.
                                                  Y |                00-02678-00000
Named Insured and Mailing Address                 D |
DARYL HELLER                                      A | Period
DENISE HELLER                                     T |        06/20/2017 to 06/20/2018
8 E MAIN ST                                       A |
PALMYRA, PA 17078-1710                              | 12:01 A.M. Standard Time
Occupation :                                        | Eff. Date of Change 01/12/2018
```

```
AGENT:                                          BILL ACCT. NO.:   567261217
STRICKLER INSURANCE AGENCY INC
161 N 8TH ST STE 2                                               717-273-2641
LEBANON, PA 17046-5094
170465094
```

## IMPORTANT NOTICE REGARDING YOUR AUTOMOBILE INSURANCE POLICY

PENNSYLVANIA LAW REQUIRES US TO PROVIDE YOU THE FOLLOWING INFORMATION
CONCERNING COLLISION DAMAGE TO RENTAL VEHICLES. IF YOU CARRY COLLISION
COVERAGE ON AT LEAST ONE OF YOUR VEHICLES INSURED ON YOUR AUTO POLICY,
COLLISION COVERAGE WILL BE EXTENDED TO COVER ANY PRIVATE PASSENGER VEHICLE
THAT YOU MAY RENT. FOR LIMITATIONS ON SUCH COVERAGE, PLEASE REFER TO YOUR
PERSONAL AUTO POLICY, SECTION D - "COVERAGE FOR DAMAGE TO YOUR AUTO".
SHOULD YOU HAVE ANY QUESTIONS, PLEASE CONTACT YOUR INSURANCE AGENT.

INSURANCE IS AFFORDED ONLY FOR COVERAGES AS ARE INDICATED BY SPECIFIC PREMIUM
CHARGE OR CHARGES.  THE LIMIT OF THE COMPANY'S LIABILITY FOR EACH COVERAGE
SHALL BE AS STATED BELOW, SUBJECT TO ALL RELEVANT TERMS OF THIS POLICY.

---

### AUTOMOBILE COVERAGE INFORMATION

#### DESCRIPTION OF OWNED AUTOS

| NO | YEAR | MAKE | MODEL | SERIAL NUMBER (VIN) | CLASS | USE |
|----|------|------|-------|---------------------|-------|-----|
| 01 | 2005 | DODGE | NEON SXT | 1B3ES56C45D132033 | 870808 | 1 |
| 02 | 1999 | DODGE | CARAVAN | 2B4FP25B9XR344614 | 825408 | 1 |
| 03 | 2002 | DODGE | NEON | 1B3AS76F42D564668 | 885108 | 1 |
| 04 | 2005 | DODGE | NEON SXT | 1B3ES56C95D256511 | 887108 | 1 |

| NO | ALL OTHER TERRITORY | OTHER THAN COLLISION TERRITORY | TYPE* | COST | SYMBOL | OTHER THAN COLLISION SYMBOL | COLLISION SYMBOL |
|----|--------|--------|------|-----|------|-------|-------|
| 01 | 011 | 010 | 01 | | 17 | | |
| 02 | 011 | 010 | 01 | | 07 | | |
| 03 | 011 | 010 | 01 | | 20 | | |
| 04 | 011 | 010 | 01 | | 17 | | |

*TYPE 01=PRIVATE PASSENGER AUTO

THE VEHICLES DESCRIBED IN THIS POLICY ARE PRINCIPALLY GARAGED AT THE ABOVE
ADDRESS UNLESS OTHERWISE STATED.

---

### OPERATOR SECTION

PLEASE NOTIFY YOUR AGENT IF THERE ARE ADDITIONAL DRIVERS IN THE HOUSEHOLD
THAT ARE NOT LISTED IN THIS OPERATOR SECTION.

| NO. | NAME | BIRTH DATE | SEX | MARITAL STATUS | LICENSE NUMBER |
|-----|------|------------|-----|----------------|----------------|
| 01 | DARYL HELLER | 05/11/1965 | M | MARRIED | 20752616 |
| 02 | DENISE HELLER | 11/05/1967 | F | MARRIED | 21458712 |
| 03 | ASHLEY BENDER | 12/07/1987 | F | SINGLE | 28028024 |
| 04 | VICTORIA HELLER | 01/17/1996 | F | SINGLE | 31030576 |

CONTINUED ON NEXT PAGE

Issuing Date 01/12/2018

Date _____

Authorized REPRESENTATIVE --NOT REQUIRED--

D/B - 10
AUD-713(12/88)

INSURED'S COPY

POL10

# CONTINUOUS PERSONAL AUTO POLICY ENDORSEMENT

```
SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST
3426 TORINGDON WAY STE 200
CHARLOTTE, N.C. 28277
```

| P O L I C Y D A T A | | |
|---|---|---|
| **Number** | F | 5214977 |
| **Type** | - 04C | PA |
| **Agent No.** | 00-02678-00000 | |
| **Period** | | |

**Named Insured and Mailing Address**
```
DARYL HELLER
DENISE HELLER
8 E MAIN ST
PALMYRA, PA 17078-1710
```
**Occupation :**

```
06/20/2017 to 06/20/2018
12:01 A.M. Standard Time
Eff. Date of Change 01/12/2018
```

P O L I C Y D A T A

PAGE  2

## POLICY CHANGES
---------------

THIS POLICY HAS BEEN AMENDED AS FOLLOWS:

        *** DELETED VEHICLE # 2015   TOYOTA  COROLLA L
        *** DELETED LIENHOLDER ONE ON VEHICLE # 05 JONESTOWN BANK & TRUST

PLEASE REFER TO THE PREMIUM ADJUSTMENT SECTION OF THIS ENDORSEMENT.

| COVERED AUTO NO. | AUTOMOBILE COVERAGES AND LIMITS OF LIABILITY | | FULL TERM PREMIUM |
|---|---|---|---|
| | YOUR POLICY WAS ISSUED WITH THE LIMITED TORT THRESHOLD OPTION | | |
| | BODILY INJURY LIABILITY | | |
| 01 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 163.00 |
| 02 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 193.00 |
| 03 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 126.00 |
| 04 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 131.00 |
| | PROPERTY DAMAGE | | |
| 01 | $100,000 EACH ACCIDENT | | 135.00 |
| 02 | $100,000 EACH ACCIDENT | | 136.00 |
| 03 | $100,000 EACH ACCIDENT | | 119.00 |
| 04 | $100,000 EACH ACCIDENT | | 129.00 |
| | STACKED UNINSURED MOTORISTS COVERAGE | | |
| | BODILY INJURY | | |
| 01 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 46.00 |
| 02 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 46.00 |
| 03 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 46.00 |
| 04 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 46.00 |
| | STACKED UNDERINSURED MOTORISTS COVERAGE | | |
| | BODILY INJURY | | |
| 01 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 106.00 |
| 02 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 106.00 |
| 03 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 106.00 |
| 04 | $250,000 EACH PERSON | $500,000 EACH ACCIDENT | 106.00 |
| | ADDED FIRST PARTY BENEFITS 309 | | |
| | MEDICAL EXPENSE BENEFIT OF UP TO $100,000 | | |
| | WORK LOSS BENEFIT OF UP TO $15,000 | | |
| | SUBJECT TO A MAXIMUM OF $1,000 PER MONTH | | |
| | FUNERAL EXPENSES OF UP TO $1,500 | | |
| 01 | FIRST PARTY BENEFITS PREMIUM | | 125.00 |
| 02 | FIRST PARTY BENEFITS PREMIUM | | 116.00 |
| 03 | FIRST PARTY BENEFITS PREMIUM | | 123.00 |
| 04 | FIRST PARTY BENEFITS PREMIUM | | 125.00 |
| | DAMAGE TO YOUR AUTO | | |
| | OTHER THAN COLLISION | | |
| 01 | ACTUAL CASH VALUE | MINUS   $250 DEDUCTIBLE | 98.00 |
| 02 | ACTUAL CASH VALUE | MINUS   $250 DEDUCTIBLE | 47.00 |
| 03 | ACTUAL CASH VALUE | MINUS   $250 DEDUCTIBLE | 97.00 |
| 04 | ACTUAL CASH VALUE | MINUS   $250 DEDUCTIBLE | 92.00 |
| | COLLISION | | |
| 01 | ACTUAL CASH VALUE | MINUS   $500 DEDUCTIBLE | 328.00 |
| 01 | TOWING AND LABOR COSTS $75.00 EACH DISABLEMENT | | 8.00 |
| 02 | TOWING AND LABOR COSTS $75.00 EACH DISABLEMENT | | 8.00 |
| 03 | TOWING AND LABOR COSTS $75.00 EACH DISABLEMENT | | 8.00 |
| 04 | TOWING AND LABOR COSTS $75.00 EACH DISABLEMENT | | 8.00 |

CONTINUED ON NEXT PAGE

D/B - 10
AUD-713(12/88)

INSURED'S COPY

POL11

# CONTINUOUS PERSONAL AUTO POLICY ENDORSEMENT

```
SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST
3426 TORINGDON WAY STE 200
CHARLOTTE, N.C. 28277
```

| | | |
|---|---|---|
| **Number** | F | 5214977 |
| **Type** | - 04C | PA |
| **Agent No.** | 00-02678-00000 | |
| **Period** | | |

```
Named Insured and Mailing Address
DARYL HELLER
DENISE HELLER
8 E MAIN ST
PALMYRA, PA 17078-1710
Occupation :
```

06/20/2017 to 06/20/2018

12:01 A.M. Standard Time

Eff. Date of Change 01/12/2018

```
                                                                    PAGE  3
01   OPTIONAL LIMITS TRANSPORTATION EXPENSES
                       $50 A DAY/$1,500 MAXIMUM                       30.00
02   OPTIONAL LIMITS TRANSPORTATION EXPENSES
                       $50 A DAY/$1,500 MAXIMUM                       30.00
03   OPTIONAL LIMITS TRANSPORTATION EXPENSES
                       $50 A DAY/$1,500 MAXIMUM                       30.00
04   OPTIONAL LIMITS TRANSPORTATION EXPENSES
                       $50 A DAY/$1,500 MAXIMUM                       30.00
```

```
AUTO NO.                  ADDITIONAL INTERESTS
--------                  --------------------
         LOSS PAYEE:
01       TOYOTA MOTOR FINANCE
         PO BOX 3025
         CORAOPOLIS, PA 15108
```

```
THE FOLLOWING ITEMS WERE CONSIDERED DURING THE RATING OF YOUR POLICY.
AUTO NO.
--------
01   PASSIVE RESTRAINT SYSTEMS            DAYTIME LIGHTS SYSTEM
     PASSIVE DISABLING DEVICE
02   PASSIVE RESTRAINT SYSTEMS            DAYTIME LIGHTS SYSTEM
     PASSIVE DISABLING DEVICE
03   PASSIVE RESTRAINT SYSTEMS            DAYTIME LIGHTS SYSTEM
     PASSIVE DISABLING DEVICE
04   PASSIVE RESTRAINT SYSTEMS            DAYTIME LIGHTS SYSTEM
     PASSIVE DISABLING DEVICE
```

```
    THE FOLLOWING FORMS AND ENDORSEMENTS APPLY TO YOUR POLICY.
    ALL PRIOR ATTACHMENTS ARE STILL APPLICABLE.
PP0001    0698    AUD-841    0713    SI0151    0916    IL0910    0702
AUD-690   1286    MISC-798   0601    IN0197    0807    PP0302    0698
PP0303    0486    SI0305     0101    PP0338    1298    SI0419    0116
SI0423    0116    PP0551     0694    PP1301    1299    AUD-611A  0916
MISC-1597 1006    AUD-603    0214    PP2316    1013    AUD-842   0790
IN0646    0816    PP2340     1015    PPP012    1015
```

```
VEHICLE 01 PREMIUM WAS CALCULATED WITH LEVEL  8 RATES
VEHICLE 02 PREMIUM WAS CALCULATED WITH LEVEL  8 RATES
VEHICLE 03 PREMIUM WAS CALCULATED WITH LEVEL  8 RATES
VEHICLE 04 PREMIUM WAS CALCULATED WITH LEVEL  8 RATES
PRIOR LIABILITY LIMITS/YEARS WITH PRIOR CARRIER DISCOUNT APPLIES
```

```
           AUTO 01 REVISED FULL TERM SUBTOTAL $ 1,039.00
           AUTO 02 REVISED FULL TERM SUBTOTAL $   682.00
           AUTO 03 REVISED FULL TERM SUBTOTAL $   655.00
           AUTO 04 REVISED FULL TERM SUBTOTAL $   667.00
               FULL TERM POLICY PREMIUM $ 3,043.00

                         CONTINUED ON NEXT PAGE
```

SELECTIVE INSURANCE COMPANY OF THE SOUTHEAST
3426 TORINGDON WAY STE 200
CHARLOTTE, N.C. 28277

**Named Insured and Mailing Address**
DARYL HELLER
DENISE HELLER
8 E MAIN ST
PALMYRA, PA 17078-1710
Occupation :

**P O L I C Y   D A T A**

| | |
|---|---|
| Number | F  5214977 |
| Type | - 04C      PA |
| Agent No. | 00-02678-00000 |
| Period | 06/20/2017 to 06/20/2018 |

12:01 A.M. Standard Time
Eff. Date of Change 01/12/2018

**P O L I C Y   D A T A**

PAGE  4

INCLUDED IN THE FULL TERM POLICY PREMIUM IS A SURCHARGE OR ADDITIONAL
AMOUNT CHARGED OF    $263.00 AS A RESULT OF ACCIDENT INVOLVEMENT.

IF THE SURCHARGE IS DUE TO A CITATION IMPOSED UNDER 75 PA C.S. 1533,
RELATING TO SUSPENSION OF OPERATING PRIVILEGE FOR FAILURE TO RESPOND TO A
CITATION, OR NONPAYMENT OF A FINE OR PENALTY IMPOSED UNDER THIS SECTION,
THE SURCHARGE WILL BE TERMINATED IF THE INSURED IS ABLE TO PROVIDE US WITH
PROOF THAT THE INSURED HAS RESPONDED TO ALL CITIATIONS IMPOSED UNDER 75 PA
C.S. 1533 AND PAID ANY FINES AND PENALTIES IMPOSED UNDER THAT SECTION.

---

### PREMIUM ADJUSTMENT
-----------------

PREMIUM ADJUSTMENT RESULTING FROM THIS CHANGE ENDORSEMENT:
$474.00  RETURN

---

### CONTINUOUS RENEWAL PLAN

1.  THE POLICY PERIOD SHALL BE AS INDICATED AND FOR SUCCESSIVE POLICY TERMS AS
    STATED BELOW.
2.  IF WE ELECT TO CONTINUE THIS INSURANCE, WE WILL RENEW THIS POLICY IF YOU PAY
    THE REQUIRED RENEWAL PREMIUM WHEN DUE FOR EACH SUCCESSIVE POLICY PERIOD,
    SUBJECT TO OUR PREMIUMS, RULES AND FORMS THEN IN EFFECT.

---

PRO RATA % -  .4360

NUMBER OF DAYS - 159

D/B - 10
AUD-713(12/88)

INSURED'S COPY

POL13

**YOUR PERSONAL AUTO POLICY — QUICK REFERENCE**
**PP 00 01 06 98**

---

DECLARATIONS PAGE

Your Name and Address
Your Auto or Trailer
Policy Period
Coverages and Amounts of Insurance

| | | Beginning On Page | | | Beginning On Page |
|---|---|---|---|---|---|
| | AGREEMENT | 1 | PART D — COVERAGE FOR DAMAGE TO YOUR AUTO | Insuring Agreement | 8 |
| | DEFINITIONS | 1 | | Transportation Expenses | |
| | | | | Exclusions | |
| PART A — LIABILITY COVERAGE | Insuring Agreement | 2 | | Limit of Liability | |
| | Supplementary Payments | | | Payment of Loss | |
| | Exclusions | | | No Benefit to Bailee | |
| | Limit of Liability | | | Other Sources of Recovery | |
| | Out of State Coverage | | | Appraisal | |
| | Financial Responsibility | | | | |
| | Other Insurance | | PART E — DUTIES AFTER AN ACCIDENT OR LOSS | | 12 |
| PART B— MEDICAL PAYMENTS COVERAGE | Insuring Agreement | 5 | | | |
| | Exclusions | | | | |
| | Limit of Liability | | | | |
| | Other Insurance | | PART F — GENERAL PROVISIONS | Bankruptcy | 12 |
| | | | | Changes | |
| PART C — UNINSURED MOTORISTS COVERAGE | Insuring Agreement | 6 | | Legal Action Against Us | |
| | Exclusions | | | Our Right to Recover Payment | |
| | Limit of Liability | | | Policy Period and Territory | |
| | Other Insurance | | | Termination | |
| | Arbitration | | | Transfer of Your Interest in this Policy | |
| | | | | Two or More Auto Policies | |

Copyright, Insurance Services Office, Inc., 1997

**PP 00 01 06 98**
POL14

## AGREEMENT

In return for payment of the premium and subject to all the terms of this policy, we agree with you as follows:

## DEFINITIONS

**A.** Throughout this policy, "you" and "your" refer to:

   **1.** The "named insured" shown in the Declarations; and

   **2.** The spouse if a resident of the same household.

If the spouse ceases to be a resident of the same household during the policy period or prior to the inception of this policy, the spouse will be considered "you" and "your" under this policy but only until the earlier of:

   **1.** The end of 90 days following the spouse's change of residency;

   **2.** The effective date of another policy listing the spouse as a named insured; or

   **3.** The end of the policy period.

**B.** "We", "us" and "our" refer to the Company providing this insurance.

**C.** For purposes of this policy, a private passenger type auto, pickup or van shall be deemed to be owned by a person if leased:

   **1.** Under a written agreement to that person; and

   **2.** For a continuous period of at least 6 months.

Other words and phrases are defined. They are in quotation marks when used.

**D.** "Bodily injury" means bodily harm, sickness or disease, including death that results.

**E.** "Business" includes trade, profession or occupation.

**F.** "Family member" means a person related to you by blood, marriage or adoption who is a resident of your household. This includes a ward or foster child.

**G.** "Occupying" means in, upon, getting in, on, out or off.

**H.** "Property damage" means physical injury to, destruction of or loss of use of tangible property.

**I.** "Trailer" means a vehicle designed to be pulled by a:

   **1.** Private passenger auto; or

   **2.** Pickup or van.

It also means a farm wagon or farm implement while towed by a vehicle listed in **1.** or **2.** above.

**J.** "Your covered auto" means:

   **1.** Any vehicle shown in the Declarations.

   **2.** A "newly acquired auto".

   **3.** Any "trailer" you own.

   **4.** Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

     **a.** Breakdown;

     **b.** Repair;

     **c.** Servicing;

     **d.** Loss; or

     **e.** Destruction.

     This provision (**J.4.**) does not apply to Coverage for Damage to Your Auto.

**K.** "Newly acquired auto":

   **1.** "Newly acquired auto" means any of the following types of vehicles you become the owner of during the policy period:

     **a.** A private passenger auto; or

     **b.** A pickup or van, for which no other insurance policy provides coverage, that:

       **(1)** Has a Gross Vehicle Weight of less than 10,000 lbs.; and

       **(2)** Is not used for the delivery or transportation of goods and materials unless such use is:

         **(a)** Incidental to your "business" of installing, maintaining or repairing furnishings or equipment; or

         **(b)** For farming or ranching.

   **2.** Coverage for a "newly acquired auto" is provided as described below. If you ask us to insure a "newly acquired auto" after a specified time period described below has elapsed, any coverage we provide for a "newly acquired auto" will begin at the time you request the coverage.

Copyright, Insurance Services Office, Inc., 1997

a. For any coverage provided in this policy except Coverage For Damage To Your Auto, a "newly acquired auto" will have the broadest coverage we now provide for any vehicle shown in the Declarations. Coverage begins on the date you become the owner. However, for this coverage to apply to a "newly acquired auto" which is in addition to any vehicle shown in the Declarations, you must ask us to insure it within 14 days after you become the owner.

If a "newly acquired auto" replaces a vehicle shown in the Declarations, coverage is provided for this vehicle without your having to ask us to insure it.

b. Collision Coverage for a "newly acquired auto" begins on the date you become the owner. However, for this coverage to apply, you must ask us to insure it within:

(1) 14 days after you become the owner if the Declarations indicate that Collision Coverage applies to at least one auto. In this case, the "newly acquired auto" will have the broadest coverage we now provide for any auto shown in the Declarations.

(2) Four days after you become the owner if the Declarations do not indicate that Collision Coverage applies to at least one auto. If you comply with the 4 day requirement and a loss occurred before you asked us to insured the "newly acquired auto", a Collision deductible of $500 will apply.

c. Other Than Collision Coverage for a "newly acquired auto" begins on the date you become the owner. However, for this coverage to apply, you must ask us to insure it within:

(1) 14 days after you become the owner if the Declarations indicate that Other Than Collision Coverage applies to at least one auto. In this case, the "newly acquired auto" will have the broadest coverage we now provide for any auto shown in the Declarations.

(2) Four days after you become the owner if the Declarations do not indicate that Other Than Collision Coverage applies to at least one auto. If you comply with the 4 day requirement and a loss occurred before you asked us to insure the "newly acquired auto", an Other Than Collision deductible of $500 will apply.

## PART A — LIABILITY COVERAGE

### INSURING AGREEMENT

A. We will pay damages for "bodily injury" or "property damage" for which any "insured" becomes legally responsible because of an auto accident. Damages include prejudgment interest awarded against the "insured." We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted by payment of judgments or settlements. We have no duty to defend any suit or settle any claim for "bodily injury" or "property damage" not covered under this policy.

B. "Insured" as used in this Part means:

1. You or any "family member" for the ownership, maintenance or use of any auto or "trailer".

2. Any person using "your covered auto".

3. For "your covered auto", any person or organization but only with respect to legal responsibility for acts or omissions of a person for whom coverage is afforded under this Part.

4. For any auto or "trailer", other than "your covered auto", any other person or organization but only with respect to legal responsibility for acts or omissions of you or any "family member" for whom coverage is afforded under this Part. This Provision (B.4.) applies only if the person or organization does not own or hire the auto or "trailer".

### SUPPLEMENTARY PAYMENTS

In addition to our limit of liability, we will pay on behalf of an "insured":

Copyright, Insurance Services Office, Inc., 1997

**1.** Up to $250 for the cost of bail bonds required because of an accident, including related traffic law violations. The accident must result in "bodily injury" or "property damage" covered under this policy.

**2.** Premiums on appeal bonds and bonds to release attachments in any suit we defend.

**3.** Interest accruing after a judgment is entered in any suit we defend. Our duty to pay interest ends when we offer to pay that part of the judgment which does not exceed our limit of liability for this coverage.

**4.** Up to $200 a day for loss of earnings, but not other income, because of attendance at hearings or trials at our request.

**5.** Other reasonable expenses incurred at our request.

## EXCLUSIONS

**A.** We do not provide Liability Coverage for any "insured":

**1.** Who intentionally causes "bodily injury" or "property damage".

**2.** For "property damage" to property owned or being transported by that "insured".

**3.** For "property damage" to property:

    **a.** Rented to;

    **b.** Used by; or

    **c.** In the care of;

that "insured".

This Exclusion **(A.3.)** does not apply to "property damage" to a residence or private garage.

**4.** For "bodily injury" to an employee of that "insured" during the course of employment. This Exclusion **(A.4.)** does not apply to "bodily injury" to a domestic employee unless workers' compensation benefits are required or available for that domestic employee.

**5.** For that "insured's" liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This Exclusion **(A.5.)** does not apply to a share-the-expense car pool.

**6.** While employed or otherwise engaged in the "business" of:

    **a.** Selling;

    **b.** Repairing;

    **c.** Servicing;

    **d.** Storing; or

    **e.** Parking;

vehicles designed for use mainly on public highways. This includes road testing and delivery. This Exclusion **(A.6.)** does not apply to the ownership, maintenance or use of "your covered auto" by:

    **a.** You;

    **b.** Any "family member"; or

    **c.** Any partner, agent or employee of you or any "family member".

**7.** Maintaining or using any vehicle while that "insured" is employed or otherwise engaged in any "business" (other than farming or ranching) not described in Exclusion **A.6.**

This Exclusion **(A.7.)** does not apply to the maintenance or use of a:

    **a.** Private passenger auto;

    **b.** Pickup or van; or

    **c.** "Trailer" used with a vehicle described in **a.** or **b.** above.

**8.** Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion **(A.8.)** does not apply to a "family member" using "your covered auto" which is owned by you.

**9.** For "bodily injury" or "property damage" for which that "insured":

    **a.** Is an insured under a nuclear energy liability policy; or

    **b.** Would be an insured under a nuclear energy liability policy but for its termination upon exhaustion of its limit of liability.

A nuclear energy liability policy is a policy issued by any of the following or their successors:

    **a.** Nuclear Energy Liability Insurance Association;

    **b.** Mutual Atomic Energy Liability Under-writers; or

    **c.** Nuclear Insurance Association of Canada.

Copyright, Insurance Services Office, Inc., 1997

**B.** We do not provide Liability Coverage for the ownership, maintenance or use of:

1. Any vehicle which:

   **a.** Has fewer than four wheels; or

   **b.** Is designed mainly for use off public roads.

   This Exclusion **(B.1.)** does not apply:

   **a.** While such vehicle is being used by an "insured" in a medical emergency; or

   **b.** To any "trailer"; or

   **c.** To any non-owned golf cart.

2. Any vehicle, other than "your covered auto", which is:

   **a.** Owned by you; or

   **b.** Furnished or available for your regular use.

3. Any vehicle, other than "your covered auto", which is:

   **a.** Owned by any "family member"; or

   **b.** Furnished or available for the regular use of any "family member".

   However, this Exclusion **(B.3.)** does not apply to you while you are maintaining or "occupying" any vehicle which is:

   **a.** Owned by a "family member"; or

   **b.** Furnished or available for the regular use of a "family member".

4. Any vehicle, located inside a facility designed for racing, for the purpose of:

   **a.** Competing in; or

   **b.** Practicing or preparing for;

   any prearranged or organized racing or speed contest.

## LIMIT OF LIABILITY

**A.** The limit of liability shown in the Declarations for each person for Bodily Injury Liability is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one auto accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Bodily Injury Liability is our maximum limit of liability for all damages for "bodily injury" resulting from any one auto accident.

The limit of liability shown in the Declarations for each accident for Property Damage Liability is our maximum limit of liability for all "property damage" resulting from any one auto accident. This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the auto accident.

**B.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part **B** or Part **C** of this policy; or

2. Any Underinsured Motorists Coverage provided by this policy.

## OUT OF STATE COVERAGE

If an auto accident to which this policy applies occurs in any state or province other than the one in which "your covered auto" is principally garaged, we will interpret your policy for that accident as follows:

**A.** If the state or province has:

1. A financial responsibility or similar law specifying limits of liability for "bodily injury" or "property damage" higher than the limit shown in the Declarations, your policy will provide the higher specified limit.

2. A compulsory insurance or similar law requiring a nonresident to maintain insurance whenever the nonresident uses a vehicle in that state or province, your policy will provide at least the required minimum amounts and types of coverage.

**B.** No one will be entitled to duplicate payments for the same elements of loss.

## FINANCIAL RESPONSIBILITY

When this policy is certified as future proof of financial responsibility, this policy shall comply with the law to the extent required.

## OTHER INSURANCE

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide for a vehicle you do not own shall be excess over any other collectible insurance.

Copyright, Insurance Services Office, Inc., 1997

## PART B — MEDICAL PAYMENTS COVERAGE

**INSURING AGREEMENT**

**A.** We will pay reasonable expenses incurred for necessary medical and funeral services because of "bodily injury":

**1.** Caused by accident; and

**2.** Sustained by an "insured".

We will pay only those expenses incurred for the services rendered within 3 years from the date of the accident.

**B.** "Insured" as used in this Part means:

**1.** You or any "family member":

**a.** While "occupying"; or

**b.** As a pedestrian when struck by;

a motor vehicle designed for use mainly on public roads or a trailer of any type.

**2.** Any other person while "occupying" "your covered auto".

**EXCLUSIONS**

We do not provide Medical Payments Coverage for any "insured" for "bodily injury":

**1.** Sustained while "occupying" any motorized vehicle having fewer than four wheels.

**2.** Sustained while "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion **(2.)** does not apply to a share-the-expense car pool.

**3.** Sustained while "occupying" any vehicle located for use as a residence or premises.

**4.** Occurring during the course of employment if workers' compensation benefits are required or available for the "bodily injury".

**5.** Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:

**a.** Owned by you; or

**b.** Furnished or available for your regular use.

**6.** Sustained while "occupying", or when struck by, any vehicle (other than "your covered auto") which is:

**a.** Owned by any "family member"; or

**b.** Furnished or available for the regular use of any "family member".

However, this Exclusion **(6.)** does not apply to you.

**7.** Sustained while "occupying" a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion **(7.)** does not apply to a "family member" using "your covered auto" which is owned by you.

**8.** Sustained while "occupying" a vehicle when it is being used in the "business" of an "insured". This exclusion **(8.)** does not apply to "bodily injury" sustained while "occupying" a:

**a.** Private passenger auto;

**b.** Pickup or van that you own; or

**c.** "Trailer" used with a vehicle described in **a.** or **b.** above.

**9.** Caused by or as a consequence of:

**a.** Discharge of a nuclear weapon (even if accidental);

**b.** War (declared or undeclared);

**c.** Civil war;

**d.** Insurrection; or

**e.** Rebellion or revolution.

**10.** From or as a consequence of the following, whether controlled or uncontrolled or however caused:

**a.** Nuclear reaction;

**b.** Radiation; or

**c.** Radioactive contamination.

**11.** Sustained while "occupying" any vehicle located inside a facility designed for racing, for the purpose of:

**a.** Competing in; or

**b.** Practicing or preparing for;

any prearranged or organized racing or speed contest.

Copyright, Insurance Services Office, Inc., 1997

**LIMIT OF LIABILITY**

**A.** The limit of liability shown in the Declarations for this coverage is our maximum limit of liability for each person injured in any one accident. This is the most we will pay regardless of the number of:

  **1.** "Insureds";

  **2.** Claims made;

  **3.** Vehicles or premiums shown in the Declarations; or

  **4.** Vehicles involved in the accident.

**B.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

  **1.** Part **A** or Part **C** of this policy; or

  **2.** Any Underinsured Motorists Coverage provided by this policy.

**OTHER INSURANCE**

If there is other applicable auto medical payments insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a vehicle you do not own shall be excess over any other collectible auto insurance providing payments for medical or funeral expenses.

## PART C — UNINSURED MOTORISTS COVERAGE

**INSURING AGREEMENT**

**A.** We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury":

  **1.** Sustained by an "insured"; and

  **2.** Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle".

Any judgment for damages arising out of a suit brought without our written consent is not binding on us.

**B.** "Insured" as used in this Part means:

  **1.** You or any "family member".

  **2.** Any other person "occupying" "your covered auto".

  **3.** Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in **1.** or **2.** above.

**C.** "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:

  **1.** To which no bodily injury liability bond or policy applies at the time of the accident.

  **2.** To which a bodily injury liability bond or policy applies at the time of the accident. In this case its limit for bodily injury liability must be less than the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which "your covered auto" is principally garaged.

  **3.** Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits:

    **a.** You or any "family member";

    **b.** A vehicle which you or any "family member" are "occupying"; or

    **c.** "Your covered auto".

  **4.** To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

    **a.** Denies coverage; or

    **b.** Is or becomes insolvent.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

  **1.** Owned by or furnished or available for the regular use of you or any "family member".

  **2.** Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

  **3.** Owned by any governmental unit or agency.

Copyright, Insurance Services Office, Inc., 1997

4. Operated on rails or crawler treads.

5. Designed mainly for use off public roads while not on public roads.

6. While located for use as a residence or premises.

## EXCLUSIONS

**A.** We do not provide Uninsured Motorists Coverage for "bodily injury" sustained:

1. By an "insured" while "occupying", or when struck by, any motor vehicle owned by that "insured" which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

2. By any "family member" while "occupying", or when struck by, any motor vehicle you own which is insured for this coverage on a primary basis under any other policy.

**B.** We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any "insured":

1. If that "insured" or the legal representative settles the "bodily injury" claim without our consent.

2. While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This Exclusion **(B.2.)** does not apply to a share-the-expense car pool.

3. Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion **(B.3.)** does not apply to a "family member" using "your covered auto" which is owned by you.

**C.** This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

**D.** We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

## LIMIT OF LIABILITY

**A.** The limit of liability shown in the Declarations for each person for Uninsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident. Subject to this limit for each person, the limit of liability shown in the Declarations for each accident for Uninsured Motorists Coverage is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident.

This is the most we will pay regardless of the number of:

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Declarations; or

4. Vehicles involved in the accident.

**B.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part **A.** or Part **B.** of this policy; or

2. Any Underinsured Motorists Coverage provided by this policy.

**C.** We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

**D.** We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any of the following or similar law:

1. Workers' compensation law; or

2. Disability benefits law.

## OTHER INSURANCE

If there is other applicable insurance available under one or more policies or provisions of coverage that is similar to the insurance provided under this Part of the policy:

1. Any recovery for damages under all such policies or provisions of coverage may equal but not exceed the highest applicable limit for any one vehicle under any insurance providing coverage on either a primary or excess basis.

2. Any insurance we provide with respect to a vehicle you do not own shall be excess over any collectible insurance providing such coverage on a primary basis.

Copyright, Insurance Services Office, Inc., 1997

**3.** If the coverage under this policy is provided:

    **a.** On a primary basis, we will pay only our share of the loss that must be paid under insurance providing coverage on a primary basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on a primary basis.

    **b.** On an excess basis, we will pay only our share of the loss that must be paid under insurance providing coverage on an excess basis. Our share is the proportion that our limit of liability bears to the total of all applicable limits of liability for coverage provided on an excess basis.

## ARBITRATION

**A.** If we and an "insured" do not agree:

    **1.** Whether that "insured" is legally entitled to recover damages; or

    **2.** As to the amount of damages which are recoverable by that "insured";

from the owner or operator of an "uninsured motor vehicle", then the matter may be arbitrated. However, disputes concerning coverage under this Part may not be arbitrated.

Both parties must agree to arbitration. If so agreed, each party will select an arbitrator. The two arbitrators will select a third. If they cannot agree within 30 days, either may request that selection be made by a judge of a court having jurisdiction.

**B.** Each party will:

    **1.** Pay the expenses it incurs; and

    **2.** Bear the expenses of the third arbitrator equally.

**C.** Unless both parties agree otherwise, arbitration will take place in the county in which the "insured" lives.  Local rules of law as to procedure and evidence will apply. A decision agreed to by two of the arbitrators will be binding as to:

    **1.** Whether the "insured" is legally entitled to recover damages; and

    **2.** The amount of damages. This applies only if the amount does not exceed the minimum limit for bodily injury liability specified by the financial responsibility law of the state in which "your covered auto" is principally garaged. If the amount exceeds that limit, either party may demand the right to a trial. This demand must be made within 60 days of the arbitrators' decision. If this demand is not made, the amount of damages agreed to by the arbitrators will be binding.

---

## PART D — COVERAGE FOR DAMAGE TO YOUR AUTO

---

### INSURING AGREEMENT

**A.** We will pay for direct and accidental loss to "your covered auto" or any "non-owned auto", including their equipment, minus any applicable deductible shown in the Declarations.  If loss to more than one "your covered auto" or "non-owned auto" results from the same "collision", only the highest applicable deductible will apply. We will pay for loss to "your covered auto" caused by:

    **1.** Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

    **2.** "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

If there is a loss to a "non-owned auto", we will provide the broadest coverage applicable to any "your covered auto" shown in the Declarations.

**B.** "Collision" means the upset of "your covered auto" or a "non-owned auto" or their impact with another vehicle or object.

Loss caused by the following is considered other than "collision":

    **1.** Missiles or falling objects;

    **2.** Fire;

    **3.** Theft or larceny;

    **4.** Explosion or earthquake;

    **5.** Windstorm;

    **6.** Hail, water or flood;

Copyright, Insurance Services Office, Inc., 1997

7. Malicious mischief or vandalism;

8. Riot or civil commotion;

9. Contact with bird or animal; or

10. Breakage of glass.

If breakage of glass is caused by a "collision", you may elect to have it considered a loss caused by "collision".

C. "Non-owned auto" means:

1. Any private passenger auto, pickup, van or "trailer" not owned by or furnished or available for the regular use of you or any "family member" while in the custody of being operated by you or any "family member"; or

2. Any auto or "trailer" you do not own while used as a temporary substitute for "your covered auto" which is out of normal use because of its:

    a. Breakdown;

    b. Repair;

    c. Servicing;

    d. Loss; or

    e. Destruction.

**TRANSPORTATION EXPENSES**

A. In addition we will pay, without application of a deductible, up to a maximum of $600, for:

1. Temporary Transportation expenses not exceeding $20 per day incurred by you in the event of a loss to "your covered auto". We will pay for such expenses if the loss is caused by:

    a. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

    b. "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

2. Expenses for which you become legally responsible in the event of loss to a "non-owned auto". We will pay for such expenses if the loss is caused by:

    a. Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for "your covered auto".

b. "Collision" only if the Declarations indicate that Collision Coverage is provided for "your covered auto".

However, the most we will pay for any expenses for loss of use is $20 per day.

B. If the loss is caused by:

1. A total theft of "your covered auto" or a "non-owned auto", we will pay only expenses incurred during the period:

    a. Beginning 48 hours after the theft; and

    b. Ending when "your covered auto" or the "non-owned auto" is returned to use or we pay for its loss.

2. Other than theft of a "your covered auto" or a "non-owned auto", we will pay only expenses beginning when the auto is withdrawn from use for more than 24 hours.

C. Our payment will be limited to that period of time reasonably required to repair or replace the "your covered auto" or the "non-owned auto".

**EXCLUSIONS**

We will not pay for:

1. Loss to "your covered auto" or any "non-owned auto" which occurs while it is being used as a public or livery conveyance. This Exclusion (1.) does not apply to a share-the-expense car pool.

2. Damage due and confined to:

    a. Wear and tear;

    b. Freezing;

    c. Mechanical or electrical breakdown or failure; or

    d. Road damage to tires.

This Exclusion (2.) does not apply if the damage results from the total theft of "your covered auto" or any "non-owned auto".

3. Loss due to or as a consequence of:

    a. Radioactive contamination;

    b. Discharge of any nuclear weapon (even if accidental);

    c. War (declared or undeclared);

    d. Civil war;

    e. Insurrection; or

    f. Rebellion or revolution.

**4.** Loss to any electronic equipment designed for the reproduction of sound and any accessories used with such equipment. This includes but is not limited to:

   **a.** Radios and stereos;

   **b.** Tape decks; or

   **c.** Compact disc players.

This Exclusion **(4.)** does not apply to equipment designed solely for the reproduction of sound and accessories used with such equipment, provided:

   **a.** The equipment is permanently installed in "your covered auto" or any "non-owned auto"; or

   **b.** The equipment is:

     **(1)** Removable from a housing unit which is permanently installed in the auto;

     **(2)** Designed to be solely operated by use of the power from the auto's electrical system; and

     **(3)** In or upon "your covered auto" or any "non-owned auto" at the time of loss.

**5.** Loss to any electronic equipment that receives or transmits audio, visual or data signals, and any accessories used with such equipment. This includes but is not limited to:

   **a.** Citizens band radios;

   **b.** Telephones;

   **c.** Two-way mobile radios;

   **d.** Scanning monitor receivers;

   **e.** Television monitor receivers;

   **f.** Video cassette recorders;

   **g.** Audio cassette recorders; or

   **h.** Personal computers.

This Exclusion **(5.)** does not apply to:

   **a.** Any electronic equipment that is necessary for the normal operation of the auto or the monitoring of the auto's operating systems; or

   **b.** A permanently installed telephone designed to be operated by use of the power from the auto's electrical system and any accessories used with the telephone.

**6.** Loss to tapes, records, discs, or other media used with equipment described in Exclusions **4.** and **5.**

**7.** A total loss to "your covered auto" or any "non-owned auto" due to destruction or confiscation by governmental or civil authorities.

This Exclusion **(7.)** does not apply to the interests of Loss Payees in "your covered auto".

**8.** Loss to:

   **a.** A "trailer", camper body, or motor home, which is not shown in the Declarations; or

   **b.** Facilities or equipment used with such "trailer", camper body or motor home. Facilities or equipment include but are not limited to:

     **(1)** Cooking, dining, plumbing or refrigeration facilities;

     **(2)** Awnings or cabanas; or

     **(3)** Any other facilities or equipment used with a "trailer", camper body, or motor home.

This Exclusion **(8.)** does not apply to a:

   **a.** "Trailer", and its facilities or equipment, which you do not own; or

   **b.** "Trailer", camper body, or the facilities or equipment in or attached to the "trailer" or camper body, which you:

     **(1)** Acquire during the policy period; and

     **(2)** Ask us to insure within 14 days after you become the owner.

**9.** Loss to any "non-owned auto" when used by you or any "family member" without a reasonable belief that you or that "family member" are entitled to do so.

**10.** Loss to equipment designed or used for the detection or location of radar or laser.

**11.** Loss to any custom furnishings or equipment in or upon any pickup or van. Custom furnishings or equipment include but are not limited to:

Copyright, Insurance Services Office, Inc., 1997

**a.** Special carpeting or insulation;

**b.** Furniture or bars;

**c.** Height-extending roofs; or

**d.** Custom murals, paintings or other decals or graphics.

This Exclusion **(11.)** does not apply to a cap, cover or bedliner in or upon any "your covered auto" which is a pickup.

**12.** Loss to any "non-owned auto" being maintained or used by any person while employed or otherwise engaged in the "business" of:

**a.** Selling;

**b.** Repairing;

**c.** Servicing;

**d.** Storing; or

**e.** Parking;

vehicles designed for use on public highways. This includes road testing and delivery.

**13.** Loss to "your covered auto" or any "non-owned auto", located inside a facility designed for racing, for the purpose of:

**a.** Competing in; or

**b.** Practicing or preparing for;

any prearranged or organized racing or speed contest.

**14.** Loss to, or loss of use of, a "non-owned auto" rented by:

**a.** You; or

**b.** Any "family member";

if a rental vehicle company is precluded from recovering such loss or loss of use, from you or that "family member", pursuant to the provisions of any applicable rental agreement or state law.

**LIMIT OF LIABILITY**

**A.** Our limit of liability for loss will be the lesser of the:

**1.** Actual cash value of the stolen or damaged property; or

**2.** Amount necessary to repair or replace the property with other property of like kind and quality.

However, the most we will pay for loss to:

**1.** Any "non-owned auto" which is a trailer is $500.

**2.** Equipment designed solely for the reproduction of sound, including any accessories used with such equipment, which is installed in locations not used by the auto manufacturer for installation of such equipment or accessories, is $1,000.

**B.** An adjustment for depreciation and physical condition will be made in determining actual cash value in the event of a total loss.

**C.** If a repair or replacement results in better than like kind or quality, we will not pay for the amount of the betterment.

**PAYMENT OF LOSS**

We may pay for loss in money or repair or replace the damaged or stolen property. We may, at our expense, return any stolen property to:

**1.** You; or

**2.** The address shown in this policy.

If we return stolen property we will pay for any damage resulting from the theft. We may keep all or part of the property at an agreed or appraised value.

If we pay for loss in money, our payment will include the applicable sales tax for the damaged or stolen property.

**NO BENEFIT TO BAILEE**

This insurance shall not directly or indirectly benefit any carrier or other bailee for hire.

**OTHER SOURCES OF RECOVERY**

If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. However, any insurance we provide with respect to a "non-owned auto" shall be excess over any other collectible source of recovery including, but not limited to:

**1.** Any coverage provided by the owner of the "non-owned auto";

**2.** Any other applicable physical damage insurance;

**3.** Any other source of recovery applicable to the loss.

Copyright, Insurance Services Office, Inc., 1997

## APPRAISAL

**A.** If we and you do not agree on the amount of loss, either may demand an appraisal of the loss. In this event, each party will select a competent appraiser. The two appraisers will select an umpire. The appraisers will state separately the actual cash value and the amount of loss. If they fail to agree, they will submit their differences to the umpire. A decision agreed to by any two will be binding. Each party will:

**1.** Pay its chosen appraiser; and

**2.** Bear the expenses of the appraisal and umpire equally.

**B.** We do not waive any of our rights under this policy by agreeing to an appraisal.

## PART E — DUTIES AFTER AN ACCIDENT OR LOSS

We have no duty to provide coverage under this policy unless there has been full compliance with the following duties:

**A.** We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

**B.** A person seeking any coverage must:

**1.** Cooperate with us in the investigation, settlement or defense of any claim or suit.

**2.** Promptly send us copies of any notices or legal papers received in connection with the accident or loss.

**3.** Submit, as often as we reasonably require:

**a.** To physical exams by physicians we select. We will pay for these exams.

**b.** To examination under oath and subscribe the same.

**4.** Authorize us to obtain:

**a.** Medical reports; and

**b.** Other pertinent records.

**5.** Submit a proof of loss when required by us.

**C.** A person seeking Uninsured Motorists Coverage must also:

**1.** Promptly notify the police if a hit-and-run driver is involved.

**2.** Promptly send us copies of the legal papers if a suit is brought.

**D.** A person seeking Coverage for Damage to Your Auto must also:

**1.** Take reasonable steps after loss to protect "your covered auto" or any "non-owned auto" and their equipment from further loss. We will pay reasonable expenses incurred to do this.

**2.** Promptly notify the police if "your covered auto" or any "non-owned auto" is stolen.

**3.** Permit us to inspect and appraise the damaged property before its repair or disposal.

## PART F — GENERAL PROVISIONS

### BANKRUPTCY

Bankruptcy or insolvency of the "insured" shall not relieve us of any obligations under this policy.

### CHANGES

**A.** This policy contains all the agreements between you and us. Its terms may not be changed or waived except by endorsement issued by us.

**B.** If there is a change to the information used to develop the policy premium, we may adjust your premium. Changes during the policy term that may result in a premium increase or decrease include, but are not limited to, changes in:

**1.** The number, type or use classification of insured vehicles;

**2.** Operators using insured vehicles;

**3.** The place of principal garaging of insured vehicles;

**4.** Coverage, deductible or limits.

Copyright, Insurance Services Office, Inc., 1997

If a change resulting from **A.** or **B.** requires a premium adjustment, we will make the premium adjustment in accordance with our manual rules.

**C.** If we make a change which broadens coverage under this edition of your policy without additional premium charge, that change will automatically apply to your policy as of the date we implement the change in your state. This Paragraph **(C.)** does not apply to changes implemented with a general program revision that includes both broadenings and restrictions in coverage, whether that general program revision is implemented through introduction of:

**1.** A subsequent edition of your policy; or

**2.** An Amendatory Endorsement.

## FRAUD

We do not provide coverage for any "insured" who has made fraudulent statements or engaged in fraudulent conduct in connection with any accident or loss for which coverage is sought under this policy.

## LEGAL ACTION AGAINST US

**A.** No legal action may be brought against us until there has been full compliance with all the terms of this policy. In addition, under Part **A,** no legal action may be brought against us until:

**1.** We agree in writing that the "insured" has an obligation to pay; or

**2.** The amount of that obligation has been finally determined by judgment after trial.

**B.** No person or organization has any right under this policy to bring us into any action to determine the liability of an "insured".

## OUR RIGHT TO RECOVER PAYMENT

**A.** If we make a payment under this policy and the person to or for whom payment was made has a right to recover damages from another we shall be subrogated to that right. That person shall do:

**1.** Whatever is necessary to enable us to exercise our rights; and

**2.** Nothing after loss to prejudice them.

However, our rights in this Paragraph **(A.)** do not apply under Part **D,** against any person using "your covered auto" with a reasonable belief that that person is entitled to do so.

**B.** If we make a payment under this policy and the person to or for whom payment is made recovers damages from another, that person shall:

**1.** Hold in trust for us the proceeds of the recovery; and

**2.** Reimburse us to the extent of our payment.

## POLICY PERIOD AND TERRITORY

**A.** This policy applies only to accidents and losses which occur:

**1.** During the policy period as shown in the Declarations; and

**2.** Within the policy territory.

**B.** The policy territory is:

**1.** The United States of America, its territories or possessions;

**2.** Puerto Rico; or

**3.** Canada.

This policy also applies to loss to, or accidents involving, "your covered auto" while being transported between their ports.

## TERMINATION

**A. Cancellation**

This policy may be cancelled during the policy period as follows:

**1.** The named insured shown in the Declarations may cancel by:

**a.** Returning this policy to us; or

**b.** Giving us advance written notice of the date cancellation is to take effect.

**2.** We may cancel by mailing to the named insured shown in the Declarations at the address shown in this policy:

**a.** At least 10 days notice:

**(1)** If cancellation is for nonpayment of premium; or

**(2)** If notice is mailed during the first 60 days this policy is in effect and this is not a renewal or continuation policy; or

**b.** At least 20 days notice in all other cases.

**3.** After this policy is in effect for 60 days, or if this is a renewal or continuation policy, we will cancel only:

**a.** For nonpayment of premium; or

**b.** If your driver's license or that of:

Copyright, Insurance Services Office, Inc., 1997

**(1)** Any driver who lives with you; or

**(2)** Any driver who customarily uses "your covered auto";

has been suspended or revoked. This must have occurred:

**(1)** During the policy period; or

**(2)** Since the last anniversary of the original effective date if the policy period is other than 1 year; or

**c.** If the policy was obtained through material misrepresentation.

**B. Nonrenewal**

If we decide not to renew or continue this policy, we will mail notice to the named insured shown in the Declarations at the address shown in this policy. Notice will be mailed at least 20 days before the end of the policy period. Subject to this notice requirement, if the policy period is:

**1.** Less than 6 months, we will have the right not to renew or continue this policy every 6 months, beginning 6 months after its original effective date.

**2.** 6 months or longer, but less than one year, we will have the right not to renew or continue this policy at the end of the policy period.

**3.** 1 year or longer, we will have the right not to renew or continue this policy at each anniversary of its original effective date.

**C. Automatic Termination**

If we offer to renew or continue and you or your representative do not accept, this policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

If you obtain other insurance on "your covered auto", any similar insurance provided by this policy will terminate as to that auto on the effective date of the other insurance.

**D. Other Termination Provisions**

**1.** We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

**2.** If this policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

**3.** The effective date of cancellation stated in the notice shall become the end of the policy period.

**TRANSFER OF YOUR INTEREST IN THIS POLICY**

**A.** Your rights and duties under this policy may not be assigned without our written consent. However, if a named insured shown in the Declarations dies, coverage will be provided for:

**1.** The surviving spouse if resident in the same household at the time of death. Coverage applies to the spouse as if a named insured shown in the Declarations; and

**2.** The legal representative of the deceased person as if a named insured shown in the Declarations. This applies only with respect to the representative's legal responsibility to maintain or use "your covered auto".

**B.** Coverage will only be provided until the end of the policy period.

**TWO OR MORE AUTO POLICIES**

If this policy and any other auto insurance policy issued to you by us apply to the same accident, the maximum limit of our liability under all the policies shall not exceed the highest applicable limit of liability under any one policy.

Copyright, Insurance Services Office, Inc., 1997

**BREAKAGE OF GLASS**

**AUD-690** (12/86)

**PART "D" - COVERAGE FOR DAMAGE TO YOUR AUTO "OTHER THAN COLLISION" LOSSES**

**"BREAKAGE OF GLASS" CONDITIONAL SUSPENSION OF DEDUCTIBLE (GLASS LOSSES ONLY)**

PART "D" is amended by adding the following paragraph:

We will not apply the "Other than Collision" deductible shown in the Declarations, to any glass loss when the glass is satisfactorily repaired, rather than replaced.

However, we will not waive this deductible if it is equal to or greater than the replacement cost of the glass.

All other provisions of this policy continue to apply.

**TOWING AND LABOR COSTS COVERAGE**

PP 03 03 04 86

**SCHEDULE**

| Description of Your Covered Auto | Limit of Towing and Labor Cost Coverage | Premium |
|---|---|---|
| | $ | $ |
| | $ | $ |
| | $ | $ |

We will pay towing and labor costs incurred each time "your covered auto" or any "non-owned auto" is disabled, up to the amount shown in the Schedule or in the Declarations as applicable to that vehicle. If a "non-owned auto" is disabled, we will provide the broadest towing and labor costs coverage applicable to any "your covered auto" shown in the Schedule or in the Declarations. We will only pay for labor performed at the place of disablement.

Copyright, Insurance Services Office, Inc., 1985

# UNINSURED MOTORISTS COVERAGE — PENNSYLVANIA (STACKED)

SI 04 23 01 16

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**I.** **Part C — Uninsured Motorists Coverage** is replaced by the following:

### SCHEDULE

| Uninsured Motorists Coverage | | |
|---|---|---|
| **Auto Premium** | **Limits** | |
| 1. $ _____ | $ _____ **Each Person** | $ _____ **Each Accident** |
| 2. $ _____ | $ _____ **Each Person** | $ _____ **Each Accident** |
| 3. $ _____ | $ _____ **Each Person** | $ _____ **Each Accident** |

**Insuring Agreement**

**A.** We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "uninsured motor vehicle" because of "bodily injury":

1. Sustained by an "insured"; and

2. Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "uninsured motor vehicle".

No judgment for damages arising out of a suit brought against the owner or operator of an "uninsured motor vehicle" is binding on us unless we:

1. Received reasonable notice of the pendency of the suit resulting in the judgment; and

2. Had a reasonable opportunity to protect our interests in the suit.

**B.** "Insured" as used in this endorsement means:

1. You or any "family member".

2. Any other person "occupying" "your covered auto".

3. Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in **1.** or **2.** above.

**C.** "Uninsured motor vehicle" means a land motor vehicle or trailer of any type:

1. To which no bodily injury liability bond or policy applies at the time of the accident.

2. Which is a hit-and-run vehicle whose operator or owner cannot be identified and which hits or which causes an accident resulting in "bodily injury" without hitting:

   **a.** You or any "family member";

   **b.** A vehicle which you or any "family member" is "occupying"; or

   **c.** "Your covered auto".

   If there is no contact with the hit-and-run vehicle, the facts of the accident must be proved.

3. To which a bodily injury liability bond or policy applies at the time of the accident but the bonding or insuring company:

   **a.** Denies coverage; or

   **b.** Is or becomes:

      **(1)** Insolvent within six years of the date of the accident; or

      **(2)** Involved in insolvency proceedings.

However, "uninsured motor vehicle" does not include any vehicle or equipment:

1. Owned by or furnished for the regular use of you or any "family member".

2. Owned or operated by a self-insurer under any applicable motor vehicle law, except a self-insurer which is or becomes insolvent.

3. Operated on rails or crawler treads.

4. Designed mainly for use off public roads while not on public roads.

5. While located for use as a residence or premises.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

SI 04 23 01 16
Page 1 of 3
POL31

## Exclusions

**A.** We do not provide Uninsured Motorists Coverage for "bodily injury" sustained:

**1.** By you while "occupying", or when struck by, any motor vehicle you own which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

**2.** By a "family member" who owns an auto, while "occupying", or when struck by, any motor vehicle owned by you or any "family member" which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

**B.** We do not provide Uninsured Motorists Coverage for "bodily injury" sustained by any "insured":

**1.** If that "insured" or the legal representative settles the bodily injury claim and such settlement prejudices our right to recover payment.

**2.** While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This includes but is not limited to any period of time "your covered auto" is being used by any "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the vehicle. This Exclusion **(B.2.)** does not apply to a share-the-expense car pool.

**3.** Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion **(B.3.)** does not apply to a "family member" using "your covered auto" which is owned by you.

**C.** We do not provide Uninsured Motorists Coverage for "noneconomic loss" sustained by any "insured" to whom the limited tort alternative applies, resulting from "bodily injury" caused by an accident involving an "uninsured motor vehicle", unless the "bodily injury" sustained is a "serious injury".

This Exclusion **(C.)** does not apply if that "insured" is injured while "occupying" a motor vehicle insured under a commercial motor vehicle insurance policy.

**D.** This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any disability benefits or similar law, except a workers' compensation law.

**E.** We do not provide Uninsured Motorists Coverage for punitive or exemplary damages.

## Limit Of Liability

**A.** If "bodily injury" is sustained in an accident by you or any "family member":

**1.** Our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any such accident is the sum of the Limits Of Liability shown in the Schedule or in the Declarations for each person for Uninsured Motorists Coverage.

**2.** Subject to the maximum limit for each person described in **A.1.** above, our maximum limit of liability for all damages arising out of "bodily injury" resulting from any one accident is the sum of the Limits Of Liability shown in the Schedule or in the Declarations for each accident for Uninsured Motorists Coverage.

**3.** Subject to the maximum limits of liability set forth in **A.1.** and **A.2.** above, the most we will pay for "bodily injury" sustained in such accident by an "insured" other than you or any "family member" is the each person or each accident Limit Of Liability shown in the Schedule or in the Declarations applicable to the vehicle that the "insured" was "occupying" at the time of the accident.

The maximum limit of liability is the most we will pay regardless of the number of:

**1.** "Insureds";

**2.** Claims made;

**3.** Vehicles or premiums shown in the Schedule or in the Declarations; or

**4.** Vehicles involved in the accident.

**B.** If "bodily injury" is sustained by any "insured" other than you or any "family member" in an accident in which neither you nor any "family member" sustains "bodily injury", the Limit Of Liability shown in the Schedule or in the Declarations for each person for Uninsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident. Subject to this limit for each person, the Limit Of Liability shown in the Schedule or in the Declarations for each accident for Uninsured Motorists Coverage is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident. This is the most we will pay regardless of the number of:

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

1. "Insureds";

2. Claims made;

3. Vehicles or premiums shown in the Schedule or in the Declarations; or

4. Vehicles involved in the accident.

**C.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and:

1. Part **A** or Part **B** of this policy; or

2. Any Underinsured Motorists Coverage provided by this policy.

**D.** We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible. This includes all payments made to an "insured's" attorney either directly or as part of the payment made to the "insured".

**E.** We will not pay for any element of loss if a person is entitled to receive payment for the same element of loss under any disability benefits or similar law, except a workers' compensation law.

**Other Insurance**

If there is other applicable insurance available under more than one policy or provision of coverage that is similar to the insurance provided under this endorsement:

The following priorities of recovery apply:

| First | The Uninsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the accident. |
|---|---|
| Second | The policy affording Uninsured Motorists Coverage to the "insured" as a named insured or "family member". |

If two or more policies have equal priority, the insurer against whom the claim is first made shall process and pay the claim as if wholly responsible for all insurers with equal priority. The insurer is thereafter entitled to recover contribution pro rata from any other insurer for the benefits paid and the costs of processing the claim.

**Arbitration**

The Arbitration provisions for **Uninsured Motorists Coverage** are deleted in its entirety.

**PART F — GENERAL PROVISIONS**

The following is added to the **Two Or More Auto Policies** Provision of Part **F**:

**Two Or More Auto Policies**

1. This provision does not apply to Uninsured Motorists Coverage.

2. No one will be entitled to receive duplicate payments for the same elements of loss under Uninsured Motorists Coverage.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

We will provide the insurance described in this policy in return for the premium

and compliance with all applicable provisions of this policy

Secretary                                    Chairman

AUD-1140 07 15

# THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

**ADDITIONAL DEFINITIONS APPLICABLE TO THESE COVERAGES**

"Model year" refers to the model year shown on the title for "your covered auto".

This coverage is subject to this endorsement and to all the provisions of the policy except as changed below:

**A.** For purposes of this endorsement, "Your covered auto" includes only the following:

    **1.** Any vehicle shown in the Schedule or Declarations as subject to this endorsement.

    **2.** A private passenger auto, pickup or van on the date you become the owner if:

- The vehicle must have Other than Collision and Collision coverages.
- "Your covered auto" does not include the following: leased vehicles, trailers, motor homes, classic or antique vehicles.
- Kit cars, vehicles with salvage (including owner retained salvage), junk, rebuilt/reconstructed, fire, flood or hail titles, gray market cars, street rods or modified and/or customized specialty vehicles are not eligible; Specialty vehicles such as motorcycles, mopeds, motor-scooters, motor-bikes, go-carts, golf carts, dune buggies, snow mobiles and all-terrain vehicles (ATVs) are not eligible.

**B.** With respect to a total loss to your covered auto, the limit of liability provision of Part **D** is changed to read:

**LIMIT OF LIABILITY**

Newer Car Replacement applies if a covered total loss occurs to "your covered auto". We will pay in cash, less any applicable deductible, the Actual Cash Value (ACV) of the same make, model and equipment of a vehicle one "model year" newer than "your covered auto".

Our limit of liability for loss will be the cost of a one model year newer vehicle:

    **1.** If the make and/or model of "your covered auto" has been discontinued we will use the most similar make, model, and equipment of a vehicle one "model year" newer than "your covered auto".

    **2.** If the make and/or model of "your covered auto" has **not** been discontinued and a newer "model year" of "your covered auto" has not yet been manufactured or available, we will pay the limit of liability afforded under this endorsement.

We reserve the right to replace the damaged property or to pay the loss in cash.

**CONDITIONS**

    **1.** We will pay for "customized equipment" only as it is described in the policy or policy endorsements.

    **2.** Mileage used in calculating the newer model year ACV will be determined by deducting 15,000 miles from the mileage on the damaged vehicle's odometer. The maximum reduction is to zero miles.

    **3.** "Our" Liability is subject to a maximum of 120% of the ACV of "your covered auto".

Copyright, 2015 Selective Insurance Company of America. All rights reserved.

# NOTICE TO INSURED
## MINIMUM REQUIRED COVERAGE AND TORT OPTIONS

**AUD-841 07 13**

Policy Number:
Effective Date:

The laws of the Commonwealth of Pennsylvania, as enacted by the General Assembly, only requires that you purchase liability and first-party medical benefit coverages. Any additional coverage or coverages in excess of the limits required by law are provided only at your request as enhancements to basic coverages.

**A.** "Limited Tort" Option — This form of insurance limits your right and the rights of members of your household to seek financial compensation for injuries caused by other drivers. Under this form of insurance, you and other household members covered under this policy may seek recovery for all medical and other out-of-pocket expenses, but not for pain and suffering or other nonmonetary damages unless the injuries suffered fall within the definition of "serious injury" as set forth in the policy, or unless one of several other exceptions noted in the policy applies. The annual liability premium for basic coverage is $           which reflects the coverages and amount of coverage you have now.

**B.** "Full Tort" Option — This form of insurance allows you to maintain an unrestricted right for yourself and other members of your household to seek financial compensation for injuries caused by other drivers. Under this form of insurance, you and other household members covered under this policy may seek recovery for all medical and other out-of-pocket expenses and may also seek financial compensation for pain and suffering and other nonmonetary damages as a result of injuries caused by other drivers. The annual liability premium for basic coverage is $           which reflects the coverages and amount of coverage you have now.

| Minimum Required Coverages and Limits: | Full Tort Option | Limited Tort Option |
|---|---|---|
| Combined Single Limit Liability: $35,000 each accident | $ | $ |
| Bodily Injury Liability: $15,000 each Person / $30,000 each accident | $ | $ |
| Property Damage Liability: $5,000 each accident | $ | $ |
| First Party Benefits: $5,000 each person (medical benefits only) | $ | $ |
| **Total Annual Cost for Minimum Required Coverages:** | $ | $ |

If you wish to change the tort option that currently applies to your policy or coverage limits, you must notify your agent, broker or company and request and complete the appropriate form.

**MISC-798 06 01**

Your application or information you provide in connection with a claim is our major source of information. However, in order to evaluate your application for insurance, to service your policy or to process a claim, we may ask for additional information about you and any person who will be insured under this policy or who is the subject of the claim. This is sometimes necessary to make certain that the statements on your application are accurate or to process the claim. We may also need more details than you have already given us.

**INFORMATION WE COLLECT**

In connection with an application, the information that we may collect will enable us to make possible judgments about your character, habits, hobbies, finances, occupation, general reputation, health or other personal characteristics. In connection with a claim, the information we may collect will enable us to process the claim.

We may obtain this information from several sources. For example, we may contact any physician, clinic or hospital where any persons to be insured or making a claim have been treated. We may need information from your employer. But, before we ask for information from any of these sources, we will ask you to sign an authorization, which gives us permission to proceed, unless authorization is not required by law.

We may get information by talking or writing to other insurance companies to which you applied for a policy or with which you have made a claim, members of your family, neighbors, friends, your insurance agent and others who know you. We may also obtain information from motor vehicle reports, court records, or photographs of the property you want insured or with regard to which you have made a claim.

**CONSUMER REPORTS**

It is common for an insurance company to order a report from an independent organization — a consumer reporting agency or an insurance-support organization — to verify and add to the information that you have given us. These reports are used to help us decide if you qualify for the insurance for which you have applied or to evaluate the claim you have made.

They may:

_____ pertain to your mode of living, character, general reputation and personal characteristics such as health, job and finances.

_____ contain information on your marital status, driving records, etc.

_____ include information on the loss history of your property.

_____ include information gathered by talking or writing to you or members of your family, neighbors, friends, your insurance agent and others who know you.

_____ include information from motor vehicle reports, court records or photographs of your property and/or the property involved in the claim.

Upon your request, the consumer reporting agency or insurance-support organization will attempt to interview you in connection with any report it prepares. The information may be kept by the reporting organization and may later be given to others who use its services. It will be given only to the extent permitted by the Federal Fair Credit Reporting Act and your local state law, if any. Upon request and identification, the consumer reporting agency or insurance-support organization will provide you with a copy of the report.

## DISCLOSURE OF INFORMATION

Information we collect about you will not be given to anyone without your consent, except when necessary to conduct our business.  There are some disclosures which may be made without your prior authorization.  These include:

_____  Persons or organizations who need the information to perform a professional, business or insurance function for us, such as businesses that assist us with data processing or marketing.

_____  Other insurance companies, agents, or consumer reporting agencies as it may be needed in connection with any application, policy or claim involving you.

_____  Adjusters, appraisers, investigators and attorneys who need the information to investigate or settle a claim involving you.

_____  An insurance-support organization which is established to collect information for the purpose of detecting and preventing insurance crimes or fraudulent claims.

_____  A medical professional or institution to verify your insurance coverage or inform you of a medical condition of which you may not be aware.

_____  Persons or organizations that conduct scientific research, including actuarial or underwriting studies.

_____  Persons or organizations that will use the information for sales purposes, unless you indicate in writing to us that you do not want the information disclosed for this purpose.

_____  Our affiliated companies for auditing our operations and for marketing an insurance product or service.

In addition, we may provide information to state insurance departments in connection with their regulatory authority and to other governmental or law enforcement authorities to protect our legal interests or in cases of suspected fraud or illegal activities.

## YOUR INSURANCE POLICY FILES

Information we collect about you will be kept in our policy files.  We may refer to this information if you file a claim for benefits under any policy you have with us or if you apply to us for a new policy.  You have the right to know what kind of information we keep in our files about you, to have access to the information, and to receive a copy.  There are some types of information; however, to which we are not required to give you access.  This type of information is generally collected when we evaluate a claim or when the possibility of a lawsuit exists.

If you want information from your files, please contact us.  There may be a nominal charge for copies of records.  If you think your file contains incorrect information, notify us indicating what you believe is incorrect and your reasons.  We will reinvestigate the matter and either correct our records or place a statement from you in our files explaining why you believe the information is incorrect.  We will also notify persons or organizations to whom we previously disclosed the information of the change or your statement.

## CONFIDENTIALITY AND SECURITY OF PERSONAL INFORMATION

We restrict access to personal information to those individuals who need to know that information to provide products or services to you.  We maintain physical, electronic, and procedural safeguards that comply with legal standards and ensure the confidentiality of personal information in accordance with our policy.

## TREATMENT OF PERSONAL INFORMATION OF FORMER CUSTOMERS AND APPLICANTS

We adhere to this personal information privacy policy even when a customer relationship no longer exists.  Disclosures about former applicants and customers may be made without prior authorization as permitted by law.

If you have any questions about our information practices, please contact us.

# LOSS PAYABLE CLAUSE

SI 03 05 01 01

Loss Payee: _____

Loss or damage under this policy shall be paid, as interest may appear, to you and the loss payee shown in the Declarations or in this endorsement. This insurance with respect to the interest of the loss payee shall become invalid only because of your conversion, secretion or embezzlement of {your covered auto.}  However, we reserve the right to cancel the policy as permitted by policy terms and the cancellation shall terminate this agreement as to the loss payee~s interest. We will give the same advance notice of cancellation to the loss payee as we give to the named insured shown in the Declarations.

When we pay the loss payee we shall, to the extent of payment, be subrogated to the loss payee~s rights of recovery.

# FIRST PARTY BENEFITS COVERAGE - PENNSYLVANIA

**PP 05 51 06 94**

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

## SCHEDULE

| BASIC FIRST PARTY BENEFIT | |
|---|---|
| **BENEFIT** | **LIMIT OF LIABILITY** |
| Medical Expenses | $5,000 |

If indicated below or in the Declarations, the following options apply instead of the Basic First Party Benefit:

☐ **ADDED FIRST PARTY BENEFITS**

| BENEFITS | LIMIT OF LIABILITY |
|---|---|
| Medical Expenses | $ ——————— |
| Work Loss | $ ——————— subject to a maximum of $ ——— per month |
| Funeral Expenses | $ ——————— |
| Accidental Death | $ ——————— |

☐ **COMBINATION FIRST PARTY BENEFITS**

| BENEFITS | LIMIT OF LIABILITY |
|---|---|
| Medical Expenses | No specific dollar amount |
| Work Loss | No specific dollar amount |
| Funeral Expenses | $ 2,500 |
| Accidental Death | $ ——————— |
| Maximum Limit of Liability For The | $ ——————— |
| Total of All Combination First | |
| Party Benefits | |

**NOTE:** If Added First Party Benefits or Combination First Party Benefits are not shown as applicable in the Schedule or Declarations, only the Basic First Party Benefit applies.

## I. DEFINITIONS

The Definitions section is amended as follows:

**A.** "The Act" refers to the Pennsylvania Motor Vehicle Financial Responsibility Law.

**B.** The following definitions are replaced:

    **1.** "Bodily injury" means accidental bodily harm to a person and that person's resulting illness, disease or death.

    **2.** "Your covered auto" means a "motor vehicle":

        **a.** To which Part A of this policy applies and for which a specific premium is charged; and

        **b.** For which First Party Benefits Coverage required by the Act is maintained.

**C.** The following definition is added:

"Motor vehicle" means a self-propelled vehicle, operated or designed for use upon public roads. However, "motor vehicle" does not include a vehicle operated:

    **1.** By muscular power; or

    **2.** On rails or tracks.

**D.** "Insured" as used in this endorsement means:

    **1.** You or any "family member".

    **2.** Any other person while:

Copyright, Insurance Services Office, In., 1993

a. "Occupying" "your covered auto"; or

b. Not "occupying" a "motor vehicle" if injured as a result of an accident in Pennsylvania involving "your covered auto".

If "your covered auto" is parked and unoccupied it is not a "motor vehicle" involved in an accident unless it is parked in a manner which creates an unreasonable risk of injury.

## II. FIRST PARTY BENEFITS COVERAGE

### A. BASIC FIRST PARTY BENEFIT INSURING AGREEMENT

We will pay, in accordance with the Act, the Basic First Party Benefit to or for an "insured" who sustains "bodily injury". The "bodily injury" must be caused by an accident arising out of the maintenance or use of a "motor vehicle".

Subject to the limit shown in the Schedule or Declarations, the Basic First Party Benefit consists of:

Medical expenses. Reasonable and necessary medical expenses incurred for an "insured 's":

1. Care;

2. Recovery or

3. Rehabilitation.

This includes remedial care and treatment rendered in accordance with a recognized religious method of healing.

Medical expenses will be paid if incurred within 18 months from the date of the accident causing "bodily injury". However, if within 18 months from the date of the accident, it can be determined with reasonable medical probability that additional expenses may be incurred after this period, the 18 month time limit will not apply to the payment of the additional medical expenses.

### B. ADDED FIRST PARTY BENEFITS

If the Schedule or Declarations indicates that Added First Party Benefits apply, we will pay Added First Party Benefits instead of the Basic First Party Benefit to or for an "insured" who sustains "bodily injury". The "bodily injury" must be caused by an accident arising out of the maintenance or use of a "motor vehicle". These benefits are subject to the provisions of the Act.

Subject to the limits shown in the Schedule or Declarations, Added First Party Benefits consist of the following:

1. Medical expenses as described in the Basic First Party Benefit.

2. Work loss.

a. Loss of income. up to 80% of gross income actually lost by an "insured" as a result of the accident.

b. Reasonable expenses actually incurred to reduce loss of income by hiring:

(1) Special help, thereby enabling an "insured" to work; or

(2) A substitute to perform the work a self-employed "insured" would have performed.

However, work loss does not include:

a. Loss of expected income or expenses incurred for services performed after the death of an insured"; or

b. Any loss of income, or expenses incurred for services performed during the first 5 working days the "insured" did not work due to "bodily injury".

3. Funeral expenses. Funeral or burial expenses actually incurred if "bodily injury" causes an " insured's" death with 24 months from the date of the accident.

4. Accidental death. A death benefit paid if "bodily injury" causes the death of you or any "family member" within 24 months from the date of the accident.

We will pay accidental death to the executor or administrator of the deceased "insured's" estate. If there is no executor or administrator, the benefit shall be paid to:

a. The deceased "insured's" surviving spouse; or

b. If there is no surviving spouse, the deceased "insured's" surviving children; or

c. If there is no surviving spouse or children to the deceased "insured's" estate.

### C. COMBINATION FIRST PARTY BENEFITS

If the Schedule or Declarations indicates that Combination First Party Benefits apply, we will pay Combination First Party Benefits instead of the Basic First Party Benefits to or for an "insured" who sustains "bodily injury". The "bodily injury" must be caused by an accident arising out of the maintenance or use of a "motor vehicle". These benefits are subject to the provisions of the Act.

Copyright, Insurance Services Office, In., 1993

Subject to the limits shown in the Schedule or Declarations, Combination First Party Benefits consist of the following, as described in the Basic First Party Benefit and Added First Party Benefits:

1. Medical expenses.

2. Work loss.

3. Funeral expenses.

4. Accidental death.

## EXCLUSIONS

**A.** We do not provide First Party Benefits Coverage for "bodily injury" sustained by any "insured";

1. While intentionally causing or attempting to cause "bodily injury" to himself or any other person. We will not pay accidental death on behalf of that "insured".

2. While committing a felony.

3. While seeking to elude lawful apprehension or arrest by a law enforcement official.

4. While maintaining or using a "motor vehicle" knowingly converted by that "insured". This exclusion **(A.4.)** does not apply to:

   **a.** You; or

   **b.** Any "family member".

5. Who, at the time of the accident, is:

   **a.** The owner of one or more registered "motor vehicles", none of which have in effect the financial responsibility required by the Act; or

   **b.** "Occupying" a "motor vehicle" owned by that "insured" for which the financial responsibility required by the Act is not in effect.

6. Maintaining or using a "motor vehicle" while located for use as a residence or premises.

7. While "occupying" a:

   **a.** Recreational vehicle designed for use off public roads; or

   **b.** Motorcycle, moped or similar-type vehicle.

**B.** We do not provide First Party Benefits Coverage for "bodily injury":

1. Sustained by a pedestrian if the accident occurs outside of Pennsylvania. This exclusion **(B.1)** does not apply to:

   **a.** You; or

   **b.** Any "family member".

2. Caused by or as a consequence of:

   **a.** Discharge of a nuclear weapon (even if accidental);

   **b.** War (declared or undeclared);

   **c.** Civil war;

   **d.** Insurrection; or

   **e.** Rebellion or revolution.

3. From or as a consequence of the following, whether controlled or uncontrolled or however caused:

   **a.** Nuclear reaction;

   **b.** Radiation; or

   **c.** Radioactive contamination.

## LIMIT OF LIABILITY

**A.** The limits of liability shown in the Schedule or Declarations for the first party benefits that apply are the most we will pay to or for each "insured" as the result of any one accident, regardless of the number of:

1. Claims made;

2. Vehicles or premiums shown in the Declarations;

3. Vehicles involved in the accident; or

4. Insurers providing first party benefits.

**B.** If Combination First Party Benefits are afforded, we will make available at least the minimum limit required by the Act for the Basic First Party Benefit. This provision **(B.)** will not change our maximum limit of liability.

**C.** Any amounts payable under this coverage shall be excess over any amounts:

1. Paid;

2. Payable; or

3. Required to be provided;

to an "insured" under any workers' compensation law or similar law.

## PRIORITIES OF POLICIES

**A.** We will pay first party benefits in accordance with the order of priorities set forth by the Act. We will not pay if there is another insurer at a higher level of priority. The **First** category listed below is the highest level of priority and the **Fourth** category is the lowest level of priority. The priority order is:

Copyright, Insurance Services Office, Inc., 1993

**First**    The insurer providing benefits to the "insured" as a named insured.

**Second**    The insurer providing benefits to the "insured" as a family member who is not a named insured under another policy providing coverage under the Act.

**Third**    The insurer of the "motor vehicle" which the "insured" is "occupying" at the time of the accident.

**Fourth**    The insurer of any "motor vehicle" involved in the accident if the "insured" is not:

    **a.**  "Occupying" a "motor vehicle"; and

    **b.**  Provided first party benefits under any other automobile policy.

An unoccupied parked "motor vehicle" is not a "motor vehicle" involved in an accident unless it is parked in a manner which creates an unreasonable risk of injury.

**B.** If 2 or more policies have equal priority within the highest applicable priority level:

    **1.**  The insurer against whom the claim is first made shall process and pay the claim as if wholly responsible. The in-surer is then entitled to recover contribution pro rata from any other insurer for the benefits paid and the costs of processing the claim. If such contribution is sought among insurers under the Fourth priority, proration shall be based on the number of involved motor vehicles.

    **2.**  If we are the insurer against whom the claim is first made, our payment to or for an "insured" will not exceed the applicable limit of liability for First Party Benefits Coverage shown in the Schedule or Declarations.

    **3.**  The maximum recovery under all policies will not exceed the amount payable under the policy with the highest limit of liability.

**NON-DUPLICATION OF BENEFITS**

No one will be entitled to recover duplicate payments for the same elements of loss under this or any other similar insurance including self-insurance.

**III.  PART F — GENERAL PROVISIONS**

Part F. is amended as follows:

The Our Right To Recover Payment provision does not apply.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, In., 1993

Selective Insurance Company
40 Wantage Avenue
Branchville, NJ 07890

# PENNSYLVANIA COVERAGE SELECTION FORM FOR THE PERSONAL AUTOMOBILE POLICY

**Insurance Companies operating in the Commonwealth of Pennsylvania are required by law to make available for purchase the following benefits for you, your spouse or other relatives or minors in your custody or in the custody of your relatives, residing in your household, occupants of your motor vehicle or persons struck by your motor vehicle:**

**(1)**      **Medical benefits, up to at least $100,000.**

**(1.1)**      **Extraordinary Medical Benefits Coverage is offered for Medical Benefits above $100,000 up to a lifetime benefit of $1,100,000 for each person.**

**(2)**      **Income loss benefits, up to at least $2,500 per month up to a maximum benefit of at least $50,000.**

**(3)**      **Accidental death benefits, up to at least $25,000.**

**(4)**      **Funeral benefits, $2,500.**

**(5)**      **As an alternative to Paragraphs (1), (2), (3) and (4), a combination benefit up to at least $177,500 of benefits in the aggregate or benefits payable up to three years from the date of the accident, whichever occurs first, subject to a limit on accidental death benefit of up to $25,000 and a limit on funeral benefit of $2,500 provided that nothing contained in this subsection shall be construed to limit, reduce, modify or change the provisions of Section 1715(d) (relating to availability of adequate limits).**

**(6)**      **Uninsured, underinsured and bodily injury liability coverage up to at least $100,000 because of injury to one person in any one accident and up to at least $300,000 because of injury to two or more persons in any one accident or, at the option of the insurer, up to at least $300,000 in a single limit for these coverages, except for policies issued under the Assigned Risk Plan. Also, at least $5,000 for damage to property of others in any one accident.**

**Additionally, insurers may offer higher benefit levels than those enumerated above as well as additional benefits. However, an insured may elect to purchase lower benefit levels than those enumerated above.**

**Your signature on this notice or your payment of any renewal premium evidences your actual knowledge and understanding of the availability of these benefits and limits as well as the benefits and limits you have selected.**

**If you have any questions or you do not understand all of the various options available to you, contact your agent or company.**

**If you do not understand any of the provisions contained in this notice, contact your agent or company before you sign.**

**This notice contains only a general description of coverages and benefits and is not a statement of contract. All coverages and benefits are subject to the insuring agreements, exclusions and conditions of the policy and applicable endorsements.**

_____      _____

**Signature of First Named Insured**                            **Date**

Copyright, 2014 Selective Insurance Company of America. All rights reserved.

**Liability Insurance**

This coverage is required by Pennsylvania law and protects you against the claims of other people for injury or property damage caused by an automobile accident where you are considered to be legally responsible. The following limits of coverage are available.

### Combined Single Limits

☐ $ 35,000 (minimum CSL limit)  ☐ $ 50,000  ☐ $65,000  ☐ $75,000
☐ $100,000  ☐ $200,000  ☐ $300,000  ☐ $500,000

### Split Bodily Injury Liability Limits
or

☐ $ 15,000/30,000 (minimum split limit)  ☐ $ 20,000/40,000  ☐ $ 25,000/50,000
☐ $ 30,000/60,000  ☐ $ 50,000/100,000  ☐ $100,000/200,000
☐ $100,000/300,000  ☐ $250,000/500,000  ☐ $300,000/300,000
☐ $500,000/500,000

### Property Damage Liability

If you have chosen Split Bodily Injury Liability limits, you must choose the Property Damage Limits you want:

☐ $  5,000  ☐ $ 10,000  ☐ $ 15,000  ☐ $ 20,000
☐ $ 25,000  ☐ $ 50,000  ☐ $100,000  ☐ $150,000
☐ $200,000  ☐ $250,000  ☐ $500,000  ☐ $750,000

**Uninsured Motorist Coverage**

This coverage is available in Pennsylvania and protects you and all relatives residing in your household for losses and damages suffered if injury is caused by the negligence of a driver who does not have any insurance to pay for these losses and damages. The following limits of coverage are available, however they may not exceed your liability limit.

☐ $35,000 (minimum CSL limit)  ☐ $50,000  ☐ $65,000  ☐ $75,000  ☐ $100,000
☐ $200,000  ☐ $300,000  ☐ $500,000
☐ $15,000/$30,000 (minimum Split limit)  ☐ $20,000/$40,000  ☐ $25,000/$50,000
☐ $30,000/$60,000  ☐ $35,000/$35,000  ☐ $50,000/$100,000  ☐ $100,000/$200,000
☐ $100,000/$300,000  ☐ $250,000/$500,000  ☐ $300,000/$300,000  ☐ $500,000/$500,000

Copyright, 2014 Selective Insurance Company of America. All rights reserved.

**Underinsured Motorist Coverage**

This coverage is available in Pennsylvania and protects you and all relatives residing in your household for losses and damages suffered if injury is caused by the negligence of a driver who does not have enough insurance to pay for these losses and damages. The following limits of coverage are available, however they may not exceed your liability limit.

- ☐ $35,000 (minimum CSL limit)    ☐ $50,000    ☐ $65,000    ☐ $75,000    ☐ $100,000
- ☐ $200,000    ☐ $300,000    ☐ $500,000
- ☐ $15,000/$30,000 (minimum Split limit)    ☐ $20,000/$40,000    ☐ $25,000/$50,000
- ☐ $30,000/$60,000    ☐ $35,000/$35,000    ☐ $50,000/$100,000    ☐ $100,000/$200,000
- ☐ $100,000/$300,000    ☐ $250,000/$500,000    ☐ $300,000/$300,000    ☐ $500,000/$500,000

**Pennsylvania Law Allows You to Reject Uninsured and Underinsured Motorist Coverage, in Addition to Rejecting The Stacking Provisions for Each Coverage.**

- ☐ I wish to reject Uninsured Motorist Coverage. You must sign and date the Uninsured Motorist Coverage Selection/Rejection form ACORD 60PA.

- ☐ I wish to reject Underinsured Motorist Coverage. You must sign and date the Underinsured Motorist Coverage Selection/ Rejection form ACORD 62PA.

**First Party Benefits**

This coverage provides benefits to you, your relatives residing in your household occupants of your motor vehicle, or persons struck by your motor vehicles.

**Medical Benefits Coverage**

☐ $5,000 (minimum allowable by law)    ☐ $10,000    ☐ $25,000    ☐ $50,000    ☐ $100,000

**Income Loss Benefits Coverage**

- ☐ None    ☐ $1,000 per month/$5,000 maximum
- ☐ $1,000 per month/$15,000 maximum    ☐ $1,500 per month/$25,000 maximum
- ☐ $2,500 per month/$50,000 maximum

**Accidental Death Benefits Coverage**

☐ None    ☐ $5,000    ☐ $10,000    ☐ $25,000

**Funeral Expense Coverage**

☐ None    ☐ $1,500    ☐ $2,500

Copyright, 2014 Selective Insurance Company of America. All rights reserved.

**Combination First Party Benefits Coverage Option**

This coverage is a combination of benefits. Do not complete this section if you have elected to purchase any of the above options.

☐ $50,000 subject to a limit on Accidental Death Benefit of up to $10,000 and a limit on Funeral Benefits of $2,500.

☐ $100,000 subject to a limit on Accidental Death Benefit up to $10,000 and a limit on Funeral Benefits of $2,500.

☐ $177,500 subject to a limit on Accidental Death Benefit up to $25,000 and a limit on Funeral Benefits of $2,500.

☐ $277,500 subject to a limit on Accidental Death Benefit of up to $25,000 and a limit on Funeral Benefits of $2,500.

**SECTION C**

**Extraordinary Medical Benefits**

Extraordinary Medical Benefits Coverage is available for medical and rehabilitation expenses when these expenses exceed $100,000 for each person. You should discuss this important coverage with your insurance agent.

☐    I reject EXTRAORDINARY MEDICAL BENEFITS COVERAGE

☐    I want EXTRAORDINARY MEDICAL BENEFITS COVERAGE

**WARNING:    YOU SHOULD BE AWARE THAT EXTRAORDINARY MEDICAL BENEFITS COVERAGE DOES NOT APPLY TO THE FIRST $100,000 OF "MEDICAL EXPENSE" INCURRED BY AN INSURED. YOU CAN AVOID HAVING TO PAY SOME OF YOUR OWN MEDICAL BILLS BY PURCHASING ADDED FIRST PARTY BENEFITS COVERAGE WITH A MEDICAL EXPENSE BENEFIT LIMIT OF $100,000.**

I have read the coverages outlined in this selection form and fully understand the coverage choices I have made, and that these coverages will remain as outlined above until such time as I execute another Coverage Selection Form.

_____          _____
Name (Please Print)                                                      Date


_____          _____
Signature                                                                    Policy Number


_____          _____
Signature of Agency                                                    Agent Number


Copyright, 2014 Selective Insurance Company of America. All rights reserved.

# IMPORTANT NOTICE

We want to make you aware of important changes to your auto insurance. When your policy renews, Transportation Expenses and Towing and Labor Costs Coverage is now optional unless your policy has Summit Auto Endorsement or The Selective Edge® Auto Endorsement.

The following is added to your policy form **AMENDMENT OF POLICY PROVISIONS,** under Section **III. Part D - Coverage For Damage to Your Auto,** as changes are being made to **TRANSPORTATION EXPENSES:**

**TRANSPORTATION EXPENSES:**

Paragraph **A.** is being removed and replaced with:

**A.** In addition we will pay, without application of a deductible, up to a maximum shown on the declarations page, for:

    **1.** Temporary Transportation expenses not exceeding the maximum per day limit displayed on the declarations page incurred by you in the event of a loss to "your covered auto". We will pay for such expenses if the loss is caused by:

        **a.** Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for that auto.

        **b.** "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

    **2.** Expenses for which you become legally responsible in the event of loss to a "non-owned auto". We will pay for such expenses if the loss is caused by:

        **a.** Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for "your covered auto".

        **b.** "Collision" only if the Declarations indicate that Collision Coverage is provided for "your covered auto".

However, the most we will pay for any expenses for loss of use is subject to the maximum per day and maximum limit shown on the declarations page.

Selective appreciates your business and thanks you for the opportunity to service your account. Questions about your policy should be directed to your Independent Insurance Agent.

# AMENDMENT OF POLICY PROVISIONS – PENNSYLVANIA

SI 01 51 09 16

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ CAREFULLY.

**I.   Definitions**

   **A.**  Paragraph **J.** is replaced by the following:

      **J.**  "Your covered auto" means:

         **1.**  Any vehicle shown in the Declarations.

         **2.**  A "newly acquired auto".

         **3.**  Any "trailer" you own.

         **4.**  Any auto or "trailer" you do not own while used as a temporary substitute for any other vehicle described in this definition which is out of normal use because of its:

           **a.**  Breakdown;

           **b.**  Repair;

           **c.**  Servicing;

           **d.**  Loss;

           **e.**  Destruction; or

           **f.**  Being inspected or transported by a motor vehicle dealer as defined in the Pennsylvania Board of Vehicles Act.

         This provision **(J.4.)** does not apply to Coverage For Damage To Your Auto.

   **B.**  Section **K.1.** of the definition of "newly acquired auto" is replaced by the following:

      **1.**  "Newly acquired auto" means any of the following types of vehicles you become the owner of during the policy period:

         **a.**  A private passenger auto; or

         **b.**  A pickup or van, for which no other insurance policy provides coverage, that:

           **(1)**  Has a Gross Vehicle Weight not exceeding 12,500 lbs.; and

           **(2)**  Is not principally used in any "business" other than farming or ranching.

   **C.**  The following are added to the **Definitions** section:

      Throughout the Policy, "minimum limits" refers to the following limits of liability as required by Pennsylvania law, to be provided under a policy of automobile liability insurance:

         **1.**  $15,000 for each person, subject to $30,000 for each accident, with respect to "bodily injury"; and

         **2.**  $5,000 for each accident with respect to "property damage".

      **L.**  "Noneconomic loss" means pain and suffering and other nonmonetary detriment.

      **M.**  "Serious injury" means an injury resulting in death, serious impairment of body function or permanent serious disfigurement.

**II.  Part A — Liability Coverage**

   **A.**  Paragraph **A.** of the **Insuring Agreement** is replaced by the following:

      **A.**  We will pay damages for "bodily injury" or "property damage" for which any "insured" becomes legally responsible because of an auto accident. We will settle or defend, as we consider appropriate, any claim or suit asking for these damages. In addition to our limit of liability, we will pay all defense costs we incur. Our duty to settle or defend ends when our limit of liability for this coverage has been exhausted by payment of judgments or settlements. We have no duty to defend any suit or settle any claim for "bodily injury" or "property damage" not covered under this Policy.

   **B.**  The following is added to the **Supplementary Payments** Provision:

      We will pay on behalf of an "insured":

      **6.**  Prejudgment interest awarded against the "insured" on the part of the judgment we pay. Any prejudgment interest awarded against the insured is subject to the applicable Pennsylvania Rules of Civil Procedure.

Copyright, 2016 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**C.** The **Other Insurance** Provision is replaced by the following:

**Other Insurance**

If there is other applicable liability insurance we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits. Any insurance we provide for a vehicle you do not own, including any vehicle while used as a temporary substitute for "your covered auto", shall be excess over any other collectible insurance. However, any insurance we provide for a vehicle you do not own, including any vehicle while used as a temporary substitute for "your covered auto" that is provided by a motor vehicle dealer as defined in the Pennsylvania Board of Vehicles Act, shall be primary.

**III. Part D — Coverage For Damage To Your Auto**

**A.** Paragraph **C.** of the **Insuring Agreement** is replaced by the following:

**C.** "Non-owned auto" means:

  **1.** Any private passenger auto, pickup, van or "trailer" not owned by or furnished or available for the regular use of you or any "family member" while in the custody of or being operated by you or any "family member"; or

  **2.** Any auto or "trailer" you do not own while used as a temporary substitute for "your covered auto" which is out of normal use because of its:

    **a.** Breakdown;

    **b.** Repair;

    **c.** Servicing;

    **d.** Loss;

    **e.** Destruction; or

    **f.** Being inspected or transported by a motor vehicle dealer as defined in the Pennsylvania Board of Vehicles Act.

**B.** Paragraph **A.** of **TRANSPORTATION EXPENSES** is removed and replaced with:

  **a.** In addition we will pay, without application of a deductible up to a maximum limit shown on the declarations page, for:

    **i.** Temporary Transportation expenses not exceeding the maximum per day limit displayed on the declarations page incurred by you in the event of a loss to "your covered auto". We will pay for such expenses if the loss is caused by:

      **1.** Other than "collision" only if the declarations indicate that Other Than Collision Coverage is provided for that auto.

      **2.** "Collision" only if the Declarations indicate that Collision Coverage is provided for that auto.

    **ii.** Expenses for which you become legally responsible in the event of loss to a "non-owned auto". We will pay for such expenses if the loss is caused by:

      **1.** Other than "collision" only if the Declarations indicate that Other Than Collision Coverage is provided for "your covered auto".

      **2.** "Collision" only if the Declarations indicate that Collision Coverage is provided for "your covered auto".

    However, the most we will pay for any expenses for loss of use is subject to the maximum per day and maximum limit shown on the declarations page.

**C.** Exclusion **7.** does not apply.

**D.** The **Other Sources Of Recovery** Provision is replaced by the following:

**Other Sources Of Recovery**

If other sources of recovery also cover the loss, we will pay only our share of the loss. Our share is the proportion that our limit of liability bears to the total of all applicable limits.

Any insurance we provide with respect to a "non-owned auto" shall be excess over any other collectible source of recovery including, but not limited to:

  **1.** Any coverage provided by the owner of the "non-owned auto";

Copyright, 2016 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**SI 01 51 09 16**

2. Any other applicable physical damage insurance;

3. Any other source of recovery applicable to the loss.

However, any insurance we provide for a "non-owned auto" while used as a temporary substitute for "your covered auto" that is provided by a motor vehicle dealer as defined in the Pennsylvania Board of Vehicles Act, shall be primary.

**IV. Part E — Duties After An Accident Or Loss**

Part **E** is replaced by the following:

**Duties After An Accident Or Loss**

If an accident or loss occurs, the following must be done for the terms of the Policy to apply:

**A.** We must be notified promptly of how, when and where the accident or loss happened. Notice should also include the names and addresses of any injured persons and of any witnesses.

**B.** A person seeking any coverage must:

1. Cooperate with us in the investigation, settlement or defense of any claim or suit.

2. Promptly send us copies of any notices or legal papers received in connection with the accident or loss

3. Submit, as often as we reasonably require:

   **a.** To physical exams by physicians we select. We will pay for these exams.

   **b.** To examination under oath and subscribe the same.

4. Authorize us to obtain:

   **a.** Medical reports; and

   **b.** Other pertinent records.

5. Submit a proof of loss when required by us.

**C.** A person seeking Uninsured Motorists Coverage must also:

1. Promptly notify the police if a hit-and-run driver is involved.

2. Promptly send us copies of the legal papers if a suit is brought.

**D.** A person seeking Coverage For Damage To Your Auto must also:

1. Take reasonable steps after loss to protect "your covered auto" or any "non-owned auto" and their equipment from further loss. We will pay reasonable expenses incurred to do this.

2. Promptly notify the police if "your covered auto" or any "non-owned auto" is stolen.

3. Permit us to inspect and appraise the damaged property before its repair or disposal.

**V. Part F — General Provisions**

**A.** Paragraph **B.** of the **Our Right To Recover Payment** Provision is replaced by the following:

**B.** If we make a payment under this Policy, and the person to or for whom payment is made recovers damages from another, that person shall:

1. Hold in trust for us the proceeds of the recovery; and

2. Reimburse us to the extent of our payment less reasonable attorneys' fees, costs and expenses incurred by that person in collecting our share of the recovery.

**B.** The **Termination** Provision is replaced by the following:

**Termination**

1. **Cancellation**

   This Policy may be cancelled during the policy period as follows:

   **a.** The named insured shown in the Declarations may cancel by:

   **(1)** Returning this Policy to us; or

   **(2)** Giving us advance written notice of the date cancellation is to take effect.

   **b.** We may cancel by mailing to the named insured shown in the Declarations at the address shown in this Policy:

   **(1)** At least 15 days' notice of cancellation:

   **(a)** If notice is effective within the first 60 days this Policy is in effect and this is not a renewal or continuation policy;

Copyright, 2016 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**(b)** For nonpayment of premium; or

**(c)** If the driver's license of the named insured shown in the Declarations has been suspended or revoked after the effective date if this Policy has been in effect less than one year; or if the Policy has been in effect longer than one year, since the last anniversary of the original effective date; or

**(2)** At least 60 days' notice if the Policy was obtained through material misrepresentation.

Our right to cancel this Policy is subject to the limitations contained in the applicable Pennsylvania Statutes.

**2. Nonrenewal**

If we decide not to renew or continue this Policy, we will mail to the named insured shown in the Declarations at the address shown in this Policy:

**a.** At least 15 days' notice before the end of the policy period:

**(1)** For nonpayment of premium; or

**(2)** If the driver's license of the named insured shown in the Declarations has been suspended or revoked after the effective date if this Policy has been in effect less than one year, or if the Policy has been in effect longer than one year, since the last anniversary of the original effective date.

**b.** At least 60 days' notice before the end of the policy period in all other cases.

However, our right to nonrenew this Policy is subject to the limitations contained in the applicable Pennsylvania Statutes.

**3. Automatic Termination**

If we offer to renew or continue and you or your representative does not accept, this Policy will automatically terminate at the end of the current policy period. Failure to pay the required renewal or continuation premium when due shall mean that you have not accepted our offer.

**4. Other Termination Provisions**

**a.** We may deliver any notice instead of mailing it. Proof of mailing of any notice shall be sufficient proof of notice.

**b.** If this Policy is cancelled, you may be entitled to a premium refund. If so, we will send you the refund. The premium refund, if any, will be computed according to our manuals. However, making or offering to make the refund is not a condition of cancellation.

**c.** The effective date of cancellation stated in the notice shall become the end of the policy period.

**C.** The following provision is added:

**Constitutionality Clause**

The premium for, and the coverages of, this Policy have been established in reliance upon the provisions of the Pennsylvania Motor Vehicle Financial Responsibility Law. In the event a court, from which there is no appeal, declares or enters a judgment the effect of which is to render the provisions of such statute invalid or unenforceable in whole or in part, we will have the right to recompute the premium payable for the Policy and void or amend the provisions of the Policy, subject to the approval of the Insurance Commissioner.

**VI. Joint Ownership Coverage Endorsement**

If the Joint Ownership Coverage Endorsement is attached to this policy, the provisions of the policy and the Joint Ownership Coverage Endorsement apply except as follows:

**A.** Section **K.1.** of the definition of "Newly acquired auto" of the Personal Auto Policy is replaced by the following:

**1.** "Newly acquired auto" means any of the following types of vehicles you become the owner of during the policy period:

**a.** A private passenger auto; or

**b.** A pickup or van, for which no other insurance policy provides coverage, that:

**(1)** Has a Gross Vehicle Weight not exceeding 12,500 lbs.; and

**(2)** Is not principally used in any "business" other than farming or ranching.

Copyright, 2016 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**VII. Miscellaneous Type Vehicle Endorsement**

If the Miscellaneous Type Vehicle endorsement is attached to this Policy, the provisions of the Miscellaneous Type Vehicle endorsement apply except as follows:

Paragraph **C.** of the **Definitions** section is replaced by the following:

**C.** Paragraph **1.** of the definition of "newly acquired auto" is replaced by the following:

   **1.** "Newly acquired auto" means any of the following types of vehicles you become the owner of during the policy period:

      **a.** A private passenger auto; or

**b.** A pickup or van, for which no other insurance policy provides coverage, that:

   **(1)** Has a Gross Vehicle Weight not exceeding 12,500 lbs.; and

   **(2)** Is not principally used in any "business" other than farming or ranching; or

**c.** Any "miscellaneous type vehicle" of the same type shown in the Schedule or in the Declarations.

Copyright, 2016 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# IMPORTANT NOTICE REGARDING AGENT COMPENSATION

We sell our insurance products and services through appointed independent insurance agencies and agents ("Agent" or "Agents"). Because Agents also generally represent several of our competitors, our primary marketing strategy is to:

- Develop close relationships with each Agent by (i) soliciting their feedback on products and services, (ii) advising them concerning company developments, and (iii) investing significant time with them professionally and socially; and

- Develop with each Agent, and then carefully monitor, annual goals regarding (i) types and mix of risks placed with us, (ii) amounts of premium or numbers of policies placed with us, (iii) customer service levels, and (iv) profitability of business placed with us.

We pay Agents commissions and other consideration for business placed with us (and we do not authorize our Agents to receive other monies for our insurance). We seek to compensate our Agents fairly and in a way consistent with market practices.

Our Agent compensation programs may include one or more of the following depending on the Agent's overall business relationship with us:

- **Commission Payments.** We pay commission based on a percentage of the premium the policyholder pays. The amount of commission varies depending on policy type, state location of risk, and other factors.

- **Additional Commission Payments.** We may pay additional and varying percentages of premium for attainment of certain goals we set with the Agent, including:

    o **Profitability,** which we determine by comparing losses and expenses to premium;

    o **Volume,** which is the amount of premium written with us;

    o **Growth and Retention,** which we measure by comparing premium volume or number of policies for overall or specific types of policies; or

    o **Annual Plan Performance,** which we measure according to performance standards determined by us and the Agent.

    In certain cases, an Agent may put additional commissions at risk and become obligated to pay us amounts if certain goals are not met.

- **Expense Reimbursement.** We may reimburse certain marketing and other expenses incurred for placing business with us.

- **Entertainment and Other Things of Value.** We may entertain or provide other things of value, including travel and gratuities, to Agents who we believe provide exceptional value to our policyholders and shareholders.

- **Business Production Incentive Programs.** We may provide Agents or their employees opportunities to receive additional compensation (cash or contest prizes) for certain activities or tasks, such as placing specific types of policies with us or inputting data through one of our technology systems.

- **Loss Control Agreements.** We may pay Agents a flat fee or a percentage of commission for safety and loss control surveys, inspections, accident or claim investigations.

- **Agent Stock Purchase Plan.** Certain of our Agents participate in a stock purchase plan that allows those Agents to purchase common stock in Selective Insurance Group, Inc. at a 10% discount to market and requires those agents to hold the stock for at least one year before they can transfer it.

As supporters of the independent insurance agency distribution system, we may provide Agents from time-to-time with tools and programs designed to preserve and strengthen the independent agency distribution system, including assistance with producer recruitment and/or training, loans, or loan guarantees. These tools and programs, which may be experimental, are provided to assist our Agents in the perpetuation of robust independent insurance agencies and are not conditioned on the imposition of extraordinary current or future production conditions.

We also distribute our insurance products to a limited extent through select insurance brokers which we compensate with some of the same compensation tools we use for Agents. If you have engaged a broker to place insurance with us, please ask the broker if any of the above described compensation arrangements are in effect with us.

Please direct questions regarding specific compensation to your Agent.

**IN 01 97 08 07**
**Page 2 of 2**

POL55

# LIMITED TORT ALTERNATIVE INFORMATION NOTICE — PENNSYLVANIA

Each person who elects the limited tort alternative remains eligible to seek compensation for economic loss sustained in a motor vehicle accident as the consequence of the fault of another person pursuant to applicable tort law.  Unless the injury sustained is a serious injury, each person who is bound by the limited tort election shall be precluded from maintaining an action for noneconomic loss, except that:

**A.** An individual otherwise bound by the limited tort election who sustains damages in a motor vehicle accident as the consequence of the fault of another person may recover damages as if the individual damaged had elected the full tort alternative whenever the person at fault:

    **1.** Is convicted or accepts Accelerated Rehabilitative Deposition for driving under the influence of alcohol or a controlled substance in that accident;

    **2.** Is operating a motor vehicle registered in another state;

    **3.** Intends to injure himself or another person, provided that an individual does not intentionally injure himself or another person merely because his act or failure to act is intentional or done with his realization that it creates a grave risk of causing injury if the act or omission causing the injury is for the purpose of averting bodily harm to himself or another person; or

    **4.** Has not maintained financial responsibility as required by the Pennsylvania Motor Vehicle Financial Responsibility Law;

provided that nothing in Paragraphs **1.** through **4.** shall affect the limitation of a person, precluded from maintaining an action for noneconomic damages under the limited tort alternative, to recover noneconomic damages under Uninsured Motorists Coverage or Underinsured Motorists Coverage.

**B.** An individual otherwise bound by the limited tort election shall retain full tort rights with respect to claims against a person in the business of designing, manufacturing, repairing, servicing or otherwise maintaining motor vehicles arising out of a defect in such motor vehicle which is caused by or not corrected by an act or omission in the course of such business, other than a defect in a motor vehicle which is operated by such business.

**C.** An individual otherwise bound by the limited tort election shall retain full tort rights if injured while an occupant of a motor vehicle other than a private passenger motor vehicle.

Copyright, Insurance Services Office, Inc., 1998

# COVERAGE FOR DAMAGE TO YOUR AUTO EXCLUSION ENDORSEMENT

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**I.  Definitions**

The following definition is added:

"Diminution in value" means the actual or perceived loss in market or resale value which results from a direct and accidental loss.

**II.  Part D — Coverage For Damage To Your Auto**

The following exclusion is added:

We will not pay for:

Loss to "your covered auto" or any "non-owned auto" due to "diminution in value".

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1999

# PERSONAL VEHICLE SHARING PROGRAM EXCLUSION ENDORSEMENT

Case 1:24-cv-00123-SCC Document 16-2 Filed 07/01/24 Page 59 of 74

PP 23 16 10 13

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

With respect to coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

### I. Part A — Liability Coverage

Part **A** is amended as follows:

The following exclusion is added:

We do not provide Liability Coverage for the ownership, maintenance or use of:

"Your covered auto" while:

a. Enrolled in a personal vehicle sharing program under the terms of a written agreement; and

b. Being used in connection with such personal vehicle sharing program by anyone other than you or any "family member".

### II. Part B — Medical Payments Coverage

Part **B** is amended as follows:

The following exclusion is added:

We do not provide Medical Payments Coverage for any "insured" for "bodily injury":

Sustained while "occupying", or when struck by, "your covered auto" while:

a. Enrolled in a personal vehicle sharing program under the terms of a written agreement; and

b. Being used in connection with such personal vehicle sharing program by anyone other than you or any "family member".

### III. Part C — Uninsured Motorists Coverage

Part **C** is amended as follows:

The following exclusion is added:

We do not provide Uninsured Motorists Coverage for "bodily injury" sustained:

By any "insured" while "occupying", or when struck by, "your covered auto" while:

a. Enrolled in a personal vehicle sharing program under the terms of a written agreement; and

b. Being used in connection with such personal vehicle sharing program by anyone other than you or any "family member".

### IV. Part D — Coverage For Damage To Your Auto

Part **D** is amended as follows:

The following exclusions are added:

We will not pay for:

Loss to "your covered auto" which occurs while:

a. Enrolled in a personal vehicle sharing program under the terms of a written agreement; and

b. Being used in connection with such personal vehicle sharing program by anyone other than you or any "family member".

Loss to, or loss of use of, a "non-owned auto" used by:

a. You; or

b. Any "family member";

in connection with a personal vehicle sharing program if the provisions of such a personal vehicle sharing program preclude the recovery of such loss or loss of use, from you or that "family member", or if otherwise precluded by any state law.

### V. Underinsured Motorist Coverage Endorsement

If the Underinsured Motorist Coverage Endorsement is attached to the policy, the following exclusion is added:

We do not provide Underinsured Motorists Coverage for "bodily injury" sustained:

By any "insured" while "occupying", or when struck by, "your covered auto" while:

a. Enrolled in a personal vehicle sharing program under the terms of a written agreement; and

b. Being used in connection with such personal vehicle sharing program by anyone other than you or any "family member".

Copyright, Insurance Services Office, Inc., 2012

# PUBLIC OR LIVERY CONVEYANCE EXCLUSION ENDORSEMENT

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

The provisions of the Policy apply unless modified by the endorsement.

**I.  Definitions**

The following definition is added:

"Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

**II.  Part A — Liability Coverage**

Exclusion **A.5.** is replaced by the following:

We do not provide Liability Coverage for any "insured":

**5.**  For that "insured's" liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance. This includes but is not limited to any period of time a vehicle is being used by any "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the vehicle.

This exclusion **(A.5.)** does not apply to a share-the-expense car pool.

**III.  Part B — Medical Payments Coverage**

Exclusion **2.** is replaced by the following:

We do not provide Medical Payments Coverage for any "insured" for "bodily injury":

**2.**  Sustained while "occupying" "your covered auto" when it is being used as a public or livery conveyance. This includes but is not limited to any period of time "your covered auto" is being used by any "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the vehicle.

This exclusion **(2.)** does not apply to a share-the-expense car pool.

**IV.  Part D — Coverage For Damage To Your Auto**

Exclusion **1.** is replaced by the following:

We will not pay for:

**1.**  Loss to "your covered auto" or any "non-owned auto" which occurs while it is being used as a public or livery conveyance. This includes but is not limited to any period of time "your covered auto" or any "non-owned auto" is being used by any person who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the vehicle.

This exclusion **(1.)** does not apply to a share-the-expense car pool.

Copyright, Insurance Services Office, Inc., 2015

# PENNSYLVANIA NOTICE

**IL 09 10 07 02**

An Insurance Company, its agents, employees, or service contractors acting on its behalf, may provide services to reduce the likelihood of injury, death or loss. These services may include any of the following or related services incident to the application for, issuance, renewal or continuation of a policy of insurance:

1. Surveys;

2. Consultation or advice; or

3. Inspections.

The "Insurance Consultation Service Exemption Act" of Pennsylvania provides that the Insurance Company, its agents, employees or service contractors acting on its behalf, is not liable for damages from injury, death or loss occurring as a result of any act or omission by any person in the furnishing of or the failure to furnish these services.

The Act does not apply:

1. If the injury, death or loss occurred during the actual performance of the services and was caused by the negligence of the Insurance Company, its agents, employees or service contractors;

2. To consultation services required to be performed under a written service contract not related to a policy of insurance; or

3. If any acts or omissions of the Insurance Company, its agents, employees or service contractors are judicially determined to constitute a crime, actual malice, or gross negligence.

---

**Instruction to Policy Writers**

Attach the Pennsylvania Notice to all new and renewal certificates insuring risks located in Pennsylvania.

---

Copyright ISO Properties, Inc., 2001

# OPTIONAL LIMITS TRANSPORTATION EXPENSES COVERAGE

PP 03 02 06 98

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## SCHEDULE

| Description of Your Covered Auto(s) | Limit Per Day For Temporary Transportation Or Loss Of Use Expenses | Maximum Limit of Liability | Premium |
|---|---|---|---|
| | $          Per Day | $ | $ |
| | $          Per Day | $ | $ |
| | $          Per Day | $ | $ |

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

**OPTIONAL LIMITS TRANSPORTATION EXPENSES COVERAGE**

When there is a loss to a "your covered auto" described in the Schedule or in the Declarations for which a specific premium charge indicates that Optional Limits Transportation Expenses Coverage is afforded, or to a "non-owned auto":

Coverage for Transportation Expenses provided under Part **D** of this policy is increased to the limits shown in the Schedule or in the Declarations.

This endorsement must be attached to the Change Endorsement when issued after the policy is written.

Copyright, Insurance Services Office, Inc., 1997

# UNDERINSURED MOTORISTS COVERAGE — PENNSYLVANIA (STACKED)

**SI 04 19 01 16**

## THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

With respect to the coverage provided by this endorsement, the provisions of the policy apply unless modified by the endorsement.

### SCHEDULE

| Underinsured Motorists Coverage | | |
|---|---|---|
| **Auto Premium** | **Limits** | |
| 1. $ _____ | $ _____ **Each Person** | $ _____ **Each Accident** |
| 2. $ _____ | $ _____ **Each Person** | $ _____ **Each Accident** |
| 3. $ _____ | $ _____ **Each Person** | $ _____ **Each Accident** |

### INSURING AGREEMENT

**A.** We will pay compensatory damages which an "insured" is legally entitled to recover from the owner or operator of an "underinsured motor vehicle" because of "bodily injury":

**1.** Sustained by an "insured"; and

**2.** Caused by an accident.

The owner's or operator's liability for these damages must arise out of the ownership, maintenance or use of the "underinsured motor vehicle".

We will pay under this coverage only if **1.** or **2.** below applies:

**1.** The limits of liability under any bodily injury liability bonds or policies applicable to the "underinsured motor vehicle" have been exhausted by payment of judgments or settlements; or

**2.** A tentative settlement has been made between an "insured" and the insurer of the "underinsured motor vehicle" and we:

**a.** Have been given prompt written notice of such tentative settlement; and

**b.** Advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

No judgment for damages arising out of a suit brought against the owner or operator of an "underinsured motor vehicle" is binding on us unless we:

**1.** Received reasonable notice of the pendency of the suit resulting in the judgment; and

**2.** Had a reasonable opportunity to protect our interests in the suit.

**B.** "Insured" as used in this endorsement means:

**1.** You or any "family member".

**2.** Any other person "occupying" "your covered auto".

**3.** Any person for damages that person is entitled to recover because of "bodily injury" to which this coverage applies sustained by a person described in **1.** or **2.** above.

**C.** "Underinsured motor vehicle" means a land motor vehicle or trailer of any type to which a bodily injury liability bond or policy applies at the time of the accident but the amount paid for "bodily injury" under that bond or policy to an "insured" is not enough to pay the full amount the "insured" is legally entitled to recover as damages.

However, "underinsured motor vehicle" does not include any vehicle or equipment:

**1.** For which liability coverage is provided under Part **A** of this policy.

**2.** Operated on rails or crawler treads.

**3.** Designed mainly for use off public roads while not on public roads.

**4.** While located for use as a residence or premises.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**EXCLUSIONS**

**A.** We do not provide Underinsured Motorists Coverage for "bodily injury" sustained:

**1.** By you while "occupying", or when struck by, any motor vehicle you own which is not insured for this coverage under this policy. This includes a trailer of any type used with that vehicle.

**2.** By a "family member" who owns an auto, while "occupying", or when struck by, any motor vehicle owned by you or any "family member" which is not insured for this coverage. This includes a trailer of any type used with that vehicle.

**B.** We do not provide Underinsured Motorists Coverage for "bodily injury" sustained by any "insured":

**1.** While "occupying" "your covered auto" when it is being used as a public or livery conveyance. This includes but is not limited to any period of time "your covered auto" is being used by any "insured" who is logged into a "transportation network platform" as a driver, whether or not a passenger is "occupying" the vehicle. This Exclusion **(B.1.)** does not apply to a share-the-expense car pool.

**2.** Using a vehicle without a reasonable belief that that "insured" is entitled to do so. This Exclusion **(B.2.)** does not apply to a "family member" using "your covered auto" which is owned by you.

**C.** We do not provide Underinsured Motorists Coverage for "noneconomic loss" sustained by any "insured" to whom the limited tort alternative applies, resulting from "bodily injury" caused by an accident involving an "underinsured motor vehicle", unless the "bodily injury" sustained is a "serious injury".

This Exclusion **(C.)** does not apply if that "insured" is injured while "occupying" a motor vehicle insured under a commercial motor vehicle insurance policy.

**D.** This coverage shall not apply directly or indirectly to benefit any insurer or self-insurer under any disability benefits or similar law, except a workers' compensation law.

**E.** We do not provide Underinsured Motorists Coverage for punitive or exemplary damages.

**LIMIT OF LIABILITY**

**A.** If "bodily injury" is sustained in an accident by you or any "family member":

**1.** Our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any such accident is the sum of the Limits Of Liability shown in the Schedule or in the Declarations for each person for Underinsured Motorists Coverage.

**2.** Subject to the maximum limit for each person described in **A.1.** above, our maximum limit of liability for all damages arising out of "bodily injury" resulting from any one accident is the sum of the Limits Of Liability shown in the Schedule or in the Declarations for each accident for Underinsured Motorists Coverage.

**3.** Subject to the maximum limits of liability set forth in **A.1.** and **A.2.** above, the most we will pay for "bodily injury" sustained in such accident by an "insured" other than you or any "family member" is the each person or each accident Limit Of Liability shown in the Schedule or in the Declarations applicable to the vehicle that the "insured" was "occupying" at the time of the accident.

The maximum limit of liability is the most we will pay regardless of the number of:

**1.** "Insureds";

**2.** Claims made;

**3.** Vehicles or premiums shown in the Schedule or in the Declarations; or

**4.** Vehicles involved in the accident.

**B.** If "bodily injury" is sustained by any "insured" other than you or any "family member" in an accident in which neither you nor any "family member" sustains "bodily injury", the Limit Of Liability shown in the Schedule or in the Declarations for each person for Underinsured Motorists Coverage is our maximum limit of liability for all damages, including damages for care, loss of services or death, arising out of "bodily injury" sustained by any one person in any one accident. Subject to this limit for each person, the Limit Of Liability shown in the Schedule or in the Declarations for each accident for Underinsured Motorists Coverage is our maximum limit of liability for all damages for "bodily injury" resulting from any one accident. This is the most we will pay regardless of the number of:

**1.** "Insureds";

**2.** Claims made;

**3.** Vehicles or premiums shown in the Schedule or in the Declarations; or

**4.** Vehicles involved in the accident.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

**C.** No one will be entitled to receive duplicate payments for the same elements of loss under this coverage and Part **A,** Part **B** or Part **C** of this policy.

**D.** We will not make a duplicate payment under this coverage for any element of loss for which payment has been made by or on behalf of persons or organizations who may be legally responsible.

**E.** We will not pay for any element of loss if a person is entitled to receive payment for the same element under any disability benefits or similar law, except a workers' compensation law.

**OTHER INSURANCE**

If there is other applicable insurance available under more than one policy or provision of coverage that is similar to the insurance provided by this endorsement:

The following priorities of recovery apply:

| First | The Underinsured Motorists Coverage applicable to the vehicle the "insured" was "occupying" at the time of the "accident". |
| Second | The policy affording Underinsured Motorists Coverage to the "insured" as a named insured or "family member". |

If two or more policies have equal priority, the insurer against whom the claim is first made shall process and pay the claim as if wholly responsible for all insurers with equal priority. The insurer is thereafter entitled to recover contribution pro rata from any other insurer for the benefits paid and the costs of processing the claim.

**ARBITRATION**

The Arbitration provisions for **Underinsured Motorists Coverage** are deleted in its entirety.

**ADDITIONAL DUTIES**

A person seeking Underinsured Motorists Coverage must also promptly:

   **1.** Send us copies of the legal papers if a suit is brought; and

   **2.** Notify us in writing of a tentative settlement between the "insured" and the insurer of the "underinsured motor vehicle" and allow us 30 days to advance payment to that "insured" in an amount equal to the tentative settlement to preserve our rights against the insurer, owner or operator of such "underinsured motor vehicle".

**PART F — GENERAL PROVISIONS**

Part **F** is amended as follows:

**A.** The following is added to the **Our Right To Recover Payment** Provision:

   **Our Right To Recover Payment**

   Our rights do not apply under Paragraph **A.** with respect to Underinsured Motorists Coverage if we:

   **1.** Have been given prompt written notice of a tentative settlement between an "insured" and the insurer of an "underinsured motor vehicle"; and

   **2.** Fail to advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification.

   If we advance payment to the "insured" in an amount equal to the tentative settlement within 30 days after receipt of notification:

   **1.** That payment will be separate from any amount the "insured" is entitled to recover under the provisions of Underinsured Motorists Coverage; and

   **2.** We also have a right to recover the advanced payment.

**B.** The following is added to the **Two Or More Auto Policies** Provision:

   **Two Or More Auto Policies**

   **1.** This provision does not apply to Underinsured Motorists Coverage.

   **2.** No one will be entitled to receive duplicate payments for the same elements of loss under Underinsured Motorists Coverage.

Copyright, 2015 Selective Insurance Company of America. All rights reserved.
Includes copyrighted material of Insurance Services Office, Inc., with its permission.

# PENNSYLVANIA SURCHARGE DISCLOSURE STATEMENT

In accordance with Pennsylvania Law, we are providing you with an explanation of how chargeable motor vehicle accidents, violations and driver's license suspensions may affect your automobile rate.

**What is the Safe Driver Insurance Plan?**

The Safe Driver Insurance Plan (hereafter referred to as SDIP) uses past experience (convictions) as part of the determination of your premium cost. The system described below has been established under which those drivers that have no points receive the lowest premiums. Higher premiums are charged for other drivers based upon the number of points they have accumulated during the experience period.

Premiums for the following coverages are affected: Liability, First Party Benefits and Coverage for Damage To Your Auto.

**A. Eligibility**

This rule does not apply to risks rated in accordance with the Miscellaneous Types Rule unless the rule states that the vehicle is to be classified and rated as a Private Passenger Auto.

**B. Application of SDIP points**

A violation involving an owned or non-owned auto will be charged to the driver involved in the violation.

SDIP points are developed as follows:

**New Business**

All driving record criteria specified in this rule are applied to an operator's driving record for the 3 year period immediately preceding the effective date of application.

**Renewals**

All driving record criteria specified in this rule are applied to an operator's driving record for the 3 year period ending 36 months prior to the effective date of the renewal policy.

Drivers will continue to incur SDIP points for additional violations. Additional SDIP points will be **added** to existing SDIP points.

Surcharges will be applied to Single Limit Liability, Bodily Injury, Property Damage, First Party Benefits, Other Than Collision and Collision premiums.

If a policy is cancelled and reinstated or rewritten, any SDIP points will continue to apply to the reinstated or rewritten policy based on the criteria specified above.

**C. SDIP Point Development**

**Driving Incidents:**

Violations which result in a conviction can be surcharged. See violation list below.

The 1st offense for any type of 1535 violation is waived and is not considered in counting up the violations.

**D. "VIOLATIONS ENUMERATED IN 75 PA. C.S. 1535 — LESSER" INCLUDE ANY CONVICTION OF:**

**(1)** Violation of restriction on driver's license

**(2)** Failure to obey policeman or authorized person

**(3)** Obedience to traffic-control devices warning of hazardous conditions

**(4)** Failure to stop for a red light

**(5)** Failure to stop for a flashing red light

Copyright, 2016 Selective Insurance Company of America. All rights reserved.

   **(6)**   Failure to yield half of roadway to oncoming vehicle

   **(7)**   Improper passing

   **(8)**   Following too closely

   **(9)**   Failure to yield to driver on the right at intersection

   **(10)**   Failure to yield to oncoming driver when making a left turn

   **(11)**   Failure to stop for stop sign

   **(12)**   Failure to yield at yield sign

   **(13)**   Failure to yield when entering or crossing roadway between intersections

   **(14)**   Improper u-turn / improper turning around

   **(15)**   Failure to obey signal indicating approach of train

   **(16)**   Failure to comply with crossing gate or barrier

   **(17)**   Failure to stop at railroad crossings

   **(18)**   Failure to stop when entering from alley, driveway, or building

   **(19)**   Driving too fast for conditions

   **(20)**   Improper backing

**E.**   **"VIOLATIONS ENUMERATED IN 75 PA. C.S. 1535 — GREATER" INCLUDE ANY CONVICTION OF:**

   **(1)**   Violation concerning license

   **(2)**   Failure to stop for school bus with flashing red lights, passing school bus

   **(3)**   Exceeding special limit for trucks on downgrade

   **(4)**   Failure to yield to blind pedestrian

   **(5)**   Leaving scene of accident involving property damage only

   **(6)**   Wrong side of divided highway, one way roadways, failure to yield one half of roadway

   **(7)**   Failure to yield to pedestrian

   **(8)**   Exceeding special speed limit in school zone

**F.**   **"VIOLATIONS ENUMERATED IN 75 PA. C.S. 1535 — CARELESS" INCLUDE ANY CONVICTION OF:**

   Careless driving

**G.**   **"VIOLATIONS ENUMERATED IN 75 PA. C.S. 1535 — MINOR SPEEDING" INCLUDE ANY CONVICTION OF:**

   Exceeding maximum speed limit by 1-15 MPH

**H.**   **"VIOLATIONS ENUMERATED IN 75 PA. C.S. 1535 — MAJOR SPEEDING" INCLUDE ANY CONVICTION OF:**

   Exceeding maximum speed limit by 16 MPH or more

Copyright, 2016 Selective Insurance Company of America. All rights reserved.

**I.    "MAJOR VIOLATIONS" INCLUDE ANY CONVICTION OF:**

**(1)**  Homicide by vehicle

**(2)**  Driving while operating privilege is suspended or revoked

**(3)**  Leaving the scene of an accident / failure to stop and report when involved in an accident resulting in bodily injury or death

**(4)**  Reckless driving, reckless endangerment

**(5)**  Fleeing or attempting to elude police officer / evading peace officer

**(6)**  Racing on highway

**(7)**  Habitual offender / frequent violator determined by point system

**(8)**  Permitting unauthorized person to operate vehicle

**(9)**  Failure to maintain liability insurance / fail to file future proof following conviction / failure to meet security after an accident

**(10)**  Unauthorized use of vehicle / taking or operating vehicle without owner's consent

**(11)**  Operating vehicle with suspended registration

**(12)**  Altering, forging or counterfeit documents and/or plates, false title or registration application

**(13)**  Firearm violation, use of motor vehicle in commission of a felony

**(14)**  Removing or falsifying vehicle ID number

**(15)**  Displaying a foreign license during Suspension / Revocation

**(16)**  Failure to yield to or passing an emergency vehicle / duty of driver on approach of emergency vehicle

**(17)**  Duty of driver in construction area; failure to yield to vehicle / person in highway construction area

**(18)**  Lane violation; fail to obey lane control signal

**(19)**  Trespass by motor vehicle

**(20)**  Driving upon sidewalk

**(21)**  Limited access highway entrances; drove onto/from controlled access highway where prohibited

**(22)**  Driving or stopping too close to a fire truck

**(23)**  Wrong side of divided highway, one way roadways

**J.    "LICENSE SUSPENSIONS OR FINANCIAL RESPONSIBILITY" INCLUDES:**

**(1)**  FINANCIAL RESPONSIBILITY, accumulation of points or series of convictions

**(2)**  FINANCIAL RESPONSIBILITY, conviction resulting in filing

**(3)**  Suspensions due to convictions

Copyright, 2016 Selective Insurance Company of America. All rights reserved.

**K.  "ALCOHOL RELATED VIOLATIONS" INCLUDE ANY CONVICTION OF:**

    **(1)**  Driving while intoxicated or under the influence of drugs

    **(2)**  Alcohol / chemical test refusal

    **(3)**  Purchase, consume, possess alcohol illegally, violation of special alcohol provision by minor

    **(4)**  Operating a motor vehicle under the influence of alcohol or drugs

    **(5)**  Refusal to submit to a chemical test

| NUMBER OF VEHICLE SDIP POINTS | SDIP RATING FACTORS | | | | | |
|---|---|---|---|---|---|---|
| | BI | PD | CSL | FPB | COMP | COLL |
| 0 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 | 1.00 |
| 1 | 1.35 | 1.30 | 1.33 | 1.10 | 1.20 | 1.30 |
| 2 | 1.45 | 1.35 | 1.42 | 1.15 | 1.25 | 1.40 |
| 3 | 1.50 | 1.40 | 1.46 | 1.25 | 1.30 | 1.45 |
| 4 | 1.75 | 1.60 | 1.69 | 1.30 | 1.35 | 1.70 |
| 5 | 1.80 | 1.70 | 1.76 | 1.35 | 1.40 | 1.75 |
| 6 | 1.85 | 1.80 | 1.83 | 1.40 | 1.50 | 1.85 |
| 7 | 1.90 | 2.00 | 1.93 | 1.45 | 1.65 | 2.00 |
| 8 | 2.00 | 2.10 | 2.03 | 1.50 | 1.75 | 2.10 |
| 9 | 2.05 | 2.20 | 2.10 | 1.55 | 1.90 | 2.30 |
| 10 | 2.15 | 2.30 | 2.20 | 1.60 | 2.00 | 2.50 |
| 11 | 2.20 | 2.40 | 2.27 | 1.70 | 2.15 | 2.80 |
| 12 | 2.40 | 2.50 | 2.43 | 1.80 | 2.30 | 2.90 |
| 13 | 2.60 | 2.60 | 2.60 | 1.90 | 2.45 | 3.00 |
| 14 | 2.80 | 2.70 | 2.76 | 2.00 | 2.60 | 3.10 |
| 15 or greater | 3.00 | 2.80 | 2.93 | 2.10 | 2.75 | 3.20 |

**L.  How are chargeable accidents surcharged?**

    **A.  Accident Rating**

        **1.**  A rating factor is assigned for each accident for which an insurer paid a claim during the experience period, if the paid claim meets or exceeds the applicable dollar amount threshold described below, and if the accident involved the applicant, the named insured, or any resident operator while operating an auto. See Chargeable At-Fault Accident tables below.

        **2.**  The applicable threshold is determined by the accident date, as follows:

        **Dollar Threshold**   **Applies to these accidents:**

           $1350        Applies to accidents occurring on or after July 1, 2008, but before July 1, 2011.

           $1450        Applies to accidents occurring on or after July 1, 2011.

           $1550        Applies to accidents occurring on or after July 1, 2014.

        **3.**  The experience period shall be the three-year interval between the date of the initial claim payment resulting from any one accident which meets the applicable dollar threshold, and the date of the application or the preparation of the renewal.

Copyright, 2016 Selective Insurance Company of America. All rights reserved.

**M. Exceptions:**

**(a)** An accident incurred by an operator who is demonstrated to be a named insured or a principal operator of a vehicle insured under a separate policy is not eligible for rating.

**(b)** An accident incurred by an operator who is demonstrated to no longer reside in the insured's household is not eligible for rating.

**(c)** Accidents occurring under the following circumstances will not have an adverse impact:

**(1)** Auto operated by the applicant or any resident operator is struck by a "hit-and-run" vehicle, if the accident is reported to the proper authority within 24 hours by the applicant or resident operator; or

**(2)** Accidents involving damage by contact with animals or fowl; or

**(3)** Accidents involving physical damage, limited to and caused by flying gravel, missiles, or falling objects; or

**(4)** Accidents occurring when using auto in response to an emergency if the operator at the time of the accident was a paid or volunteer member of any Police or Fire Department, First Aid Squad, or any law enforcement agency. This exception does not include an accident occurring after the auto ceases to be used in response to such emergency; or

**(5)** Accidents resulting in an amount being paid on behalf of an insured only under Basic, Added or Combination First Party Benefits Coverage or under Extraordinary Medical Benefits Coverage; or

**(6)** Accidents where the insurer is reimbursed by or on behalf of the named insured or other resident operator for 60% or more of the total amount of the paid claim received through subrogation or from a settlement or judgment against the individual responsible for the accident; or

**(7)** Auto lawfully parked (if the parked vehicle rolls from the parked position then any such accident is charged to the person who parked the auto); or

**(8)** Auto is struck in the rear by another vehicle and the applicant or other resident operator has not been convicted of a moving traffic violation in connection with the accident; or

**(9)** Operator of the other auto involved in the accident was convicted of a moving traffic violation and the applicant or resident operator was not convicted of a moving traffic violation in connection with the accident.

Copyright, 2016 Selective Insurance Company of America. All rights reserved.

| CHARGEABLE AT-FAULT ACCIDENTS (DRIVER) - MOST RECENT DATE | | | | | | | |
|---|---|---|---|---|---|---|---|
| # INCIDENTS IN 3YR | DATE | BI | PD | CSL | FPB | COMP | COLL |
| 0 | 0-12 MOS | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| 1 | 0-12 MOS | 1.545 | 1.363 | 1.481 | 1.363 | 1.182 | 1.363 |
| 2 | 0-12 MOS | 2.089 | 1.726 | 1.962 | 1.726 | 1.363 | 1.726 |
| 3 | 0-12 MOS | 2.634 | 2.089 | 2.443 | 2.089 | 1.545 | 2.089 |
| 4 | 0-12 MOS | 3.178 | 2.452 | 2.924 | 2.452 | 1.726 | 2.452 |
| 5+ | 0-12 MOS | 3.723 | 2.815 | 3.405 | 2.815 | 1.908 | 2.815 |
| 0 | 13-24 MOS | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| 1 | 13-24 MOS | 1.450 | 1.300 | 1.398 | 1.300 | 1.150 | 1.300 |
| 2 | 13-24 MOS | 1.900 | 1.600 | 1.795 | 1.600 | 1.300 | 1.600 |
| 3 | 13-24 MOS | 2.350 | 1.900 | 2.193 | 1.900 | 1.450 | 1.900 |
| 4 | 13-24 MOS | 2.800 | 2.200 | 2.590 | 2.200 | 1.600 | 2.200 |
| 5+ | 13-24 MOS | 3.250 | 2.500 | 2.988 | 2.500 | 1.750 | 2.500 |
| 0 | 25-36 MOS | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| 1 | 25-36 MOS | 1.356 | 1.237 | 1.314 | 1.237 | 1.119 | 1.237 |
| 2 | 25-36 MOS | 1.711 | 1.474 | 1.628 | 1.474 | 1.237 | 1.474 |
| 3 | 25-36 MOS | 2.067 | 1.711 | 1.942 | 1.711 | 1.356 | 1.711 |
| 4 | 25-36 MOS | 2.422 | 1.948 | 2.256 | 1.948 | 1.474 | 1.948 |
| 5+ | 25-36 MOS | 2.778 | 2.185 | 2.570 | 2.185 | 1.593 | 2.185 |

| CHARGEABLE AT-FAULT ACCIDENTS (POLICY) - MOST RECENT DATE | | | | | | | |
|---|---|---|---|---|---|---|---|
| # INCIDENTS IN 3YR | DATE | BI | PD | CSL | FPB | COMP | COLL |
| 0 | 0-12 MOS | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| 1 | 0-12 MOS | 1.182 | 1.137 | 1.166 | 1.137 | 1.091 | 1.137 |
| 2 | 0-12 MOS | 1.363 | 1.272 | 1.331 | 1.272 | 1.182 | 1.272 |
| 3 | 0-12 MOS | 1.545 | 1.409 | 1.497 | 1.409 | 1.272 | 1.409 |
| 4 | 0-12 MOS | 1.726 | 1.545 | 1.663 | 1.545 | 1.363 | 1.545 |
| 5+ | 0-12 MOS | 1.908 | 1.681 | 1.829 | 1.681 | 1.454 | 1.681 |
| 0 | 13-24 MOS | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| 1 | 13-24 MOS | 1.150 | 1.113 | 1.137 | 1.113 | 1.075 | 1.113 |
| 2 | 13-24 MOS | 1.300 | 1.225 | 1.274 | 1.225 | 1.150 | 1.225 |
| 3 | 13-24 MOS | 1.450 | 1.338 | 1.411 | 1.338 | 1.225 | 1.338 |
| 4 | 13-24 MOS | 1.600 | 1.450 | 1.548 | 1.450 | 1.300 | 1.450 |
| 5+ | 13-24 MOS | 1.750 | 1.563 | 1.685 | 1.563 | 1.375 | 1.563 |
| 0 | 25-36 MOS | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 | 1.000 |
| 1 | 25-36 MOS | 1.119 | 1.089 | 1.109 | 1.089 | 1.059 | 1.089 |
| 2 | 25-36 MOS | 1.237 | 1.178 | 1.216 | 1.178 | 1.119 | 1.178 |
| 3 | 25-36 MOS | 1.356 | 1.267 | 1.325 | 1.267 | 1.178 | 1.267 |
| 4 | 25-36 MOS | 1.474 | 1.356 | 1.433 | 1.356 | 1.237 | 1.356 |
| 5+ | 25-36 MOS | 1.593 | 1.445 | 1.541 | 1.445 | 1.296 | 1.445 |

Copyright, 2016 Selective Insurance Company of America. All rights reserved.

# NOTICE OF ADDITIONAL PREMIUM DISCOUNTS

**AUD-842** (7/90)

State law requires all auto insurance companies to provide safety discounts for motor vehicles:

(1)  Equipped with passive restraint devices. Discounts shall not be less than 15% for passive seat belts, 20% for one airbag on the operator's side of the vehicle, and 30% for two airbags. These discounts are to be applied to the First Party Benefits Coverage.

(2)  Equipped with a passive anti-theft device. Any item or system installed in an automobile which is activated automatically when the operator turns the ignition key to the off position and which is designed to prevent unauthorized use, as prescribed by regulations of the commissioner will be eligible for a discount that shall be applied to Comprehensive Coverage, and shall not be less than 10%.

Additionally, insurance companies are required to provide a premium discount for each motor vehicle on a policy under which all named insureds are 55 years of age or older and have successfully completed a motor vehicle driver improvement course meeting the standards of the Department of Transportation. This discount shall apply to all coverages for all policy periods beginning within the three-year period immediately following the successful completion of the course, and shall be approved by the commissioner as part of the insurer's rate filing, provided that such discount shall not be less than 5%.

Your policy may already reflect these discounts, so you should check your policy declarations. If you have questions, or believe you qualify for one or more of these discounts, and are not already receiving the appropriate credit, please fill out the information listed below and return this completed form to your agent.

## PREMIUM DISCOUNTS

Please note that manual seat belts and interlocking steering columns which are standard features on all later model vehicles are ineligible for any of the discounts listed below.

**1.** Does your vehicle have passive seatbelts, which automatically fasten without any action by the driver or front seat passenger? ☐ Yes ☐ No

**2.** Does your vehicle have driver side airbags only? ☐ Yes ☐ No

**3.** Does your vehicle have both a driver and passenger airbag? ☐ Yes ☐ No

**4.** Does your vehicle have any of the following anti-theft devices?
If your vehicle is equipped with more than 1 qualifying anti-theft device (A, B, or C) only the single highest discount will apply.

**(A)** Is your vehicle equipped with an **alarm device** which can be heard at a distance of at least 300 feet for a minimum of 3 minutes and the vehicle is equipped with a hood lock which can only be released from inside the vehicle. ☐ Yes ☐ No

**(B)** Is your vehicle equipped with an **active anti-theft device** which disables the vehicle by making the fuel, ignition or starting system inoperative, and the vehicle is equipped with a hood lock which can only be released from inside the vehicle. "Active" means a separate manual step is required to engage the device. ☐ Yes ☐ No

**(C)** Is your vehicle equipped with a **passive disabling device** which disables the vehicle by making the fuel, ignition or starting system inoperative and the vehicle is equipped with a hood lock which can only be released from inside the vehicle. "Passive" means a separate manual step is **NOT** required to engage the device. **Detailed description of system must be given before discount can be applied.** ☐ Yes ☐ No

**5.** Are you age 55 or older? ☐ Yes ☐ No

**6.** If you answered yes to question 5. have you successfully completed a driver improvement course approved by PennDOT? ☐ Yes ☐ No

Name (Please Print)     Date

Signature     Policy Number

Signature of Agent     Agent Number

# PUBLIC OR LIVERY CONVEYANCE EXCLUSION REVISION
## ADVISORY NOTICE TO POLICYHOLDERS

**PP P 012 10 15**

This is a summary of the changes in your Personal Auto Policy. No coverage is provided by this summary nor can it be construed to replace any provision of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided. If there is any conflict between the Policy and this summary, **THE PROVISIONS OF YOUR PERSONAL AUTO POLICY SHALL PREVAIL.**

The areas within the Policy that describe coverage are highlighted below. We have followed the policy sequence of provisions in setting out this material.

## PP 23 40 10 15 — PUBLIC OR LIVERY CONVEYANCE EXCLUSION ENDORSEMENT

**A. Definitions**

We have introduced a definition for "transportation network platform" as follows:

"Transportation network platform" means an online-enabled application or digital network used to connect passengers with drivers using vehicles for the purpose of providing prearranged transportation services for compensation.

**B. Part A — Liability Coverage**

We currently exclude Liability Coverage for any "insured's" liability arising out of the ownership or operation of a vehicle while it is being used as a public or livery conveyance.

We have revised the exclusion to reflect, in part, that the ownership or operation of a vehicle while it is being used as a public or livery conveyance **includes** any period of time a vehicle is being used by any "insured" who is logged into a "transportation network platform" as a driver and that this exclusion applies whether or not a passenger is occupying the vehicle.

**C. Part B — Medical Payments Coverage**

We currently exclude Medical Payments Coverage for "bodily injury" sustained by any "insured" while "occupying" "your covered auto" when it is being used as a public or livery conveyance.

We have revised the exclusion to reflect, in part, that "occupying" "your covered auto" when it is being used as a public or livery conveyance **includes** any period of time "your covered auto" is being used by any "insured" who is logged into a "transportation network platform" as a driver and that this exclusion applies whether or not a passenger is occupying the vehicle.

**D. Part D — Coverage For Damage To Your Auto**

We currently exclude Coverage For Damage To Your Auto for loss to "your covered auto" or any "non-owned" auto which occurs while it is being used as a public or livery conveyance.

We have revised the exclusion to reflect, in part, that loss to "your covered auto" or any "non-owned" auto which occurs while it is being used as a public or livery conveyance **includes** any period of time "your covered auto" or any "non-owned auto" is being used by any person who is logged into a "transportation network platform" as a driver and that this exclusion applies whether or not a passenger is occupying the vehicle.

Copyright, Insurance Services Office, Inc., 2015

## UNINSURED AND/OR UNDERINSURED MOTORISTS COVERAGE

**A.  Part C — Uninsured Motorists Coverage**

We currently exclude Uninsured Motorists Coverage for "bodily injury" sustained by any "insured" while "occupying" "your covered auto" when it is being used as a public or livery conveyance.

We have revised the exclusion to reflect, in part, that "occupying" "your covered auto" when it is being used as a public or livery conveyance **includes** any period of time "your covered auto" is being used by any "insured" who is logged into a "transportation network platform" as a driver and that this exclusion applies whether or not a passenger is occupying the vehicle.

**B.  Underinsured Motorists Coverage Endorsement**

We currently exclude Underinsured Motorists Coverage for "bodily injury" sustained by any "insured" while "occupying" "your covered auto" when it is being used as a public or livery conveyance.

We have revised the exclusion to reflect, in part, that "occupying" "your covered auto" when it is being used as a public or livery conveyance **includes** any period of time "your covered auto" is being used by any "insured" who is logged into a "transportation network platform" as a driver and that this exclusion applies whether or not a passenger is occupying the vehicle.

Copyright, Insurance Services Office, Inc., 2015