# EXHIBIT A

# ORTHO I.M.E.

Calvin D. Stoudt, D.O., A.O.B.O.S.
1151 Sunset Drive
Orwigsburg, PA 17961
Phone: 570-622-5672
Fax: 570-622-6099

## INDEPENDENT MEDICAL EVALUATION

RE: Daryl Heller
223 N. Locust Street
Palmyra, PA 17078
DOB:05/11/1965

**DATE OF EXAMINATION:** August 31, 2021

Patient was identified with a picture ID, Pennsylvania Driver's License Number: 20 752 616 expiration date; 05/12/2025.

Present during the exam in the room was Phyllis Tyson, Medical Assistant.

Daryl Heller is a 56-year-old male who was here today for evaluation of his right knee. He states he has right pain, swelling, decreased range of motion, cracking, popping, giving way and catching. States he had these symptoms secondary to a MVA on 4/3/2018. States he was a restrained passenger struck on the passenger side by another vehicle. He denies any prior injuries to this area. He is employed as a construction worker. He states he has been treated with a number of conservative modalities regarding his right knee including anti-inflammatory medications, aspiration/steroid injections, heat, ice, elevation, rest, knee brace, x-rays and activity modification without improvement. He states his symptoms are getting progressively worse. He states his symptoms are worse with standing or walking, going up or down stairs, limits of range of motion, at night, initiating ambulation, twisting type activities and attempts at kneeling or squatting. He states nothing affords him relief. He feels his right knee is getting progressively worse.

Physical Examination: Daryl ambulates without and antalgic gait. His range of motion is 0 – 124 degrees on the right and 0 – 132 degrees on the left. He has fair quad tone. He is able to straight leg raise. He has tenderness with palpation over the medial joint line as well as patella facet of his right knee. He has swelling and effusion about his right knee. He has a large Baker's cyst in the posterior aspect of his right knee. He has no Baker's cyst in the posterior aspect of his left knee. His calves are soft he has a negative Homans sign. He has good popliteal and pedal pulses bilateral lower extremities. He has no signs of infection.

Daryl has complaints of bilateral low back pain, stiffness, spasms with pain radiating down his bilateral lower extremities to his great toes. He also has complaints of numbness, tingling and weakness. States he occasionally has bladder changes. He has had urinary continence times 2 since this accident. He denies any prior urinary problems. He denies any prior problems with his legs. He has had these symptoms since 4/3/2021 secondary to the MVA. He states he has been treated with a number of conservative modalities including anti-inflammatory medications, injections to his back per pain management, chiropractic therapy, x-rays, MRI's x 2. He states his symptoms are getting progressively worse. He states his symptoms are worse with standing or walking, bending or lifting, at night, going up or down stairs, lifting or carrying, certain positions, getting out of a chair and first thing in the morning. Daryl has had a prior injury to his lumbar spine secondary to a MVA where he had a lumbar laminectomy at L4-L5 in 2004 doing quite well since. His symptoms recurred and worsened after the MVA on 4/3/2018. Prior to the MVA on 4/3/2018 Daryl had been back to work full duty without difficulties.

Daryl ambulates without an antalgic gait. He is able to toe walk and heel walk. He has decreased range of motion to his thoracic lumbar spine secondary to pain and discomfort. He has pain with forward and backward bending. He has tenderness with palpation over his bilateral sacroiliac joints. He has an equivocal straight leg raising test on the left negative on the right. His motor strength, sensory exam and deep tendon reflex are equal bilateral lower extremities. He has no pain with range of motion to his hips.

Daryl is a right hand dominate male who has complaints of right shoulder pain. He states he has pain radiating down to his elbow. He has numbness, tingling, weakness and clumsiness regarding his right arm. He states he had these symptoms since 4/3/2018 secondary to the MVA. He states he was treated by a chiropractor treated with manipulative therapy as well as anti-inflammatory medications. The chiropractor had x-rayed his cervical spine. He had not had an MRI or EMG of his upper extremities. He states his symptoms are worse with overhead activities, limits range of motion, certain positions, at night, first thing in the morning and at the end of a busy day. He has pain in the periscapular area on the right. He also has pain on his right upper extremity going to his deltoid as well as his elbow.

Physical Examination of his right shoulders: Daryl has a fair range of motion to his cervical spine. He has decreased rotation to the left more so than right. He has fair flexion and extension. He has good strength biceps, triceps, internal and external rotation. His sensory exam is equal bilateral upper extremities. He has good strength deltoids. His deep tendon reflexes are equal. His range of motion for his shoulders forward flexion is 110 degrees on the right 155 degrees on the left, external rotation is 50 degrees right 65 degrees left, abduction 65 right 100 left and internal rotation is L1 right T10 left. He has pain and discomfort with limits range of motion to

his right shoulder. He has tenderness with palpation about the right periscapular area as well as the cervical spine on the right. He has appositive Tinel's sign, positive Phalen's test and positive carpal tunnel compression test bilaterally right more so than left. He has good grip and pinch strength. He has no thenar atrophy.

Summary of Injuries: Daryl sustained a contusion sprain to his right knee secondary to the MVA on 4/3/2018. He may have torn his medial meniscus on his right knee. He may have bony bruises and contusions. He could have osteochondral defects.
Daryl sustained a contusion sprain to his lumbar spine with bilateral lumbar radicular changes. Daryl sustained a sprain of his cervical and thoracic spine secondary to the MVA. He has right cervical radicular changes. Daryl also sustained an injury to his right shoulder which has not been evaluated sufficiently. I can state the above changes are directly related to the MVA on 4/3/2018 with a reasonable degree of medical certainty.

Daryl had been treated with a number of conservative modalities with minimal improvement. He was treated by Pain Management with injections. He was also treated with Physical Therapy as well as Chiropractic Therapy. His symptoms have not changed. Daryl was also treated with aspirations and steroid injections to his right knee. He has had x-rays to his right knee. He states his knee is getting progressively worse. Nothing has afforded him significant improvement. Daryl had minimal treatment regarding his cervical and upper thoracic spine. He had no significant care regarding his right shoulder. He has had some x-rays and treatment per the Chiropractor regarding his cervical and upper thoracic spine.

Daryl needs an MRI of his right knee to evaluate for the potential tear of his right medial meniscus. The MRI would also show any osteochondral changes of his right knee. He subsequently may require an arthroscopy procedure to his right knee. He may subsequently require a total knee arthroplasty. He may also require medications regarding his right knee. He may require knee bracing. He may require steroid injections as well as physical therapy pre and post op if needed.

Daryl has not had an MRI of his cervical spine since the MVA. He may require an MRI of his cervical spine. He may require Pain Management for treatment of his cervical spine problems if discovered. He may need an EMG of his right upper extremities to rule out radicular changes. He may require physical therapy, pain management as well as potential surgical procedures to his cervical spine.

Daryl has residual low back pain, sacroiliitis as well as bilateral lumbar radiculopathy radiating down his bilateral lower extremities to his toes. He may require future MRI's. He may require future injections per pain management. He may require future medications such as antispasmodics, non-steroidal anti-inflammatory medications and Gabapentin. He may require lumbar spine surgery. He may require future physical therapy. He may require future injections per pain management.

If Daryl's right knee complaints are not addressed appropriately he may require a knee replacement. His symptoms may progress to advanced osteoarthritis which would limit his ability to ambulate, do any heavy lifting or carrying, pushing or pulling or climbing type

activities. Daryl's back complaints could get progressively worse to the point where he requires lumbar spine surgery. He may require pain management injections or physical therapy. He may lose his abilities to perform his activities of daily living such as: standing, walking, bending and lifting if his symptoms progress. If Daryl's symptoms progress regarding his cervical spine he could have weakness in his right arm as well as limitations of motion to his cervical spine. This could interfere with his activities of daily living. After a sufficient evaluation of Daryl's right shoulder he may need physical therapy, steroid injections and a possible MRI. He may require a surgical repair of his shoulder.

All the above have been stated with a reasonable degree of medical certainty. If you have any questions or need further information please do not hesitate to contact me.

Sincerely yours,

Calvin D. Stoudt, D.O.
Board Certified Orthopedic Surgeon


## DOCUMENTS, MEDICAL RECORDS AND STUDIES REVIEWED:

- Injury History Form

- UPMC, Harrisburg, PA - George T. Loose, D.O., Progress Notes dated: 4/9/18, 4/18/18, 4/20/18, 5/9/18, 7/6/18, 7/13/18, 8/17/18, 10/22/19.

- UPMC, Harrisburg, PA– X-Ray right knee performed on 4/18/18 by Cynthia L. Jackson, M.D..

- UPMC, Harrisburg, PA – X-Ray Lumbar Spine performed on 7/6/18 by Kiran Kapadia, M.D..

- UPMC, Harrisburg, PA – MRI Lumbar Spline performed on 8/15/18 by Patrick N. Weybright, M.D..

- UPMC, Harrisburg, PA – Labs.

- Penn State Health, Hershey, PA – Pain Management Consult, Shah J. Bunty, M.D. dated: 12/6/18.

- Penn State Health, Hershey, PA – Pain Management Procedure, Shah J. Bunty, M.D. dated: 12/21/18.

- Penn State Health, Hershey, PA – Pain Management; office visit, Shah J. Bunty, M.D. dated: 2/4/19

- Penn State Health, Hershey, PA – X-ray Sacroiliac Joints performed on 2/4/19 by Timothy J. Mosher, M.D..

- Penn State Health, Hershey, PA – Office Visit, Heidi A. Dsylva, CRNP dated: 8/5/19.

- Penn State Health, Hershey, PA – MRI Lumbar Spine without contrast performed on 8/9/19 by Stephen Polanski, M.D..

- Penn State Health, Hershey, PA – Pain Management Procedure, Shah J. Bunty, M.D. dated 10/15/19

- Penn State Health, Hershey, PA – Pain Management; office visit, Shah J. Bunty, M.D. dated 11/11/19

- Penn State Health, Hershey, PA – Pain Management Procedure, Shah J. Bunty, M.D. dated 12/14/20

- Penn State Health, Hershey, PA – Orthopedics Note, Robert Gallo, M.D. dated 3/2/20, 6/2/20 and 7/14/20

- Penn State Health, Hershey, PA – X-rays left knee and right knee, Timothy J. Mosher, M.D. dated 3/2/20.

- Select Physical Therapy, Annville, PA – Physical Therapy reports, Adam Paris, PT dated 5/2/18, 5/7/18, 7/30/18, 9/9/18 and 9/12/18.

- Leona Chiropractic, Lebanon, PA – Office Notes, Dr. Andrew C. Fink, dated: 6/28/18 – 5/7/19 and 6/4/19 – 6/3/20.

# EXHIBIT B

# Christian Fras, MD, FACS

2000 Sproul Road, Suite 320
Broomall, PA 19008
Telephone: 484-427-8100
Fax: 484-427-8103

---

November 8, 2023

James Amato, Esquire
Fanelli, Evans & Patel, PC
1 Mahantongo Street
Pottsville, PA 17901
Fax No.: 570-622-5336

RE: Daryl Heller
DOB: 05/11/65

Dear Mr. Amato:

Following is my Narrative Report regarding my patient, Mr. Dary Heller. Please note that all statements in this report are made within a reasonable degree of medical certainty.

## HISTORY:

Mr. Heller is a 58-year-old man who has been my patient since I first evaluated him on February 4, 2022. On that occasion, he reported that he had been rear-ended in a motor vehicle accident in 2018. He did not recall the precise date. He noted that he had been a passenger, that he had been wearing a lap belt, and that he had had abdominal problems after the accident with residual abdominal pain and urinary frequency. He did note a prior history of low back surgery in 2004 or 2005 after which he did well with minimal, if any, residual symptoms. He noted that since the motor vehicle accident of 2018, he had ongoing complaints principally of low back and bilateral leg pain with numbness and tingling in both legs, right more so than left. He did note also some neck pain and right arm pain as well as a feeling of right shoulder and right arm weakness but his primary issue was that of low back and bilateral leg pain. He noted having had treatment since the motor vehicle accident of 2018 to have included therapy, medications, including meloxicam, and pain management interventions, including low back injections on several occasions. He noted that the injections had given him temporary improvement but no long-standing resolution of his complaints. Physical examination on that occasion revealed findings to have included a well-nourished man who appeared to be in moderate discomfort. He walked with an antalgic gait. He had tenderness and muscle spasm in

Daryl Heller                                    -2-                            November 8, 2023

the neck and lower back. He had a positive straight leg raise test on the left and an equivocally positive straight leg raise test on the right. He had 4/5 triceps and tibialis anterior strength on the right. He had diminished sensation to light touch in the right lower extremity. He had an equivocally positive Hoffmann sign bilaterally. He had a positive Spurling sign on the right. On that occasion, he had no imaging studies with him but reported having had imaging studies performed in the past. I asked him to obtain his imaging studies.

I saw Mr. Heller back on July 1, 2022. On that occasion, he complained of neck pain, low back pain, and right leg pain as well as some right arm pain. Physical examination revealed provocation of back pain with straight leg raise testing and neck pain with Spurling maneuver. On that occasion, he had no gross neurologic deficits. On that occasion, I also had the opportunity to review films of an MRI of the cervical spine of June 7, 2022. There were diffuse degenerative changes present but there was no MRI of the lumbar spine. I referred Mr. Heller for an MRI of the lumbar spine and asked him to return for follow-up thereafter.

I saw Mr. Heller back on October 27, 2022, at which point he continued to complain of pain, particularly in the low back and right leg. He noted that the leg pain was getting worse. He had a feeling of weakness in the right leg that he also felt was getting worse. Physical examination on that occasion revealed a well-nourished man in obvious discomfort. He had an antalgic gait on the right. He had 4/5 tibialis anterior strength on the right and 3/5 extensor hallucis longus strength on the right. He had diminished sensation to light touch in the right lower extremity, particularly in the L4-5 nerve root distribution. He had a diminished patellar tendon reflex on the right. On that occasion, I had the opportunity to review films of an MRI of the lumbar spine dated June 7, 2022, which revealed diffuse degenerative changes, grade 1 to possibly grade 2 spondylolisthesis at L4-5, severe stenosis at L4-5, and a right-sided facet cyst at L4-5. On that occasion, Mr. Heller and I discussed options to include surgical intervention. He was interested in pursuing surgery. We had a long discussion regarding surgical options.

I operated on Mr. Heller on December 12, 2022, performing an L4-5 lumbar decompression with laminectomy at L4-5, lysis of adhesions at L4-5, and posterior spinal fusion with instrumentation and interbody fusion at L4-5.

Postoperatively, Mr. Heller has realized improvement of his preoperative complaints. There were no perioperative complications. He healed his incisions well. I saw him on multiple occasions after the surgery.

I saw Mr. Heller most recently on November 3, 2023. On that occasion, he had low back pain and bilateral posterior thigh burning. He had no pain going all the way down the legs. He did have pins and needles on the bottom of his feet. He had been to physical therapy, which had been of benefit. He noted that overall his condition was better than his preoperative condition. Physical examination on that occasion revealed a well-healed

Daryl Heller              -3-              November 8, 2023

incision. He was neurologically intact. X-rays obtained on that occasion revealed hardware to be in good position. I asked Mr. Heller to return for follow-up in about two months to check on his progress with repeat x-rays to check for fusion status.

**IMPRESSION:**

In conclusion, Mr. Heller is a 58-year-old man who has been my patient since I first evaluated him on February 3, 2022. Based on the information available to me to include history offered to me by Mr. Heller on multiple occasions, multiple physical examinations, surgical intervention and intraoperative exploration of the spine, it is my opinion that Mr. Heller was injured in the reported April 3, 2018, motor vehicle crash sustaining injuries of neck and back sprain and strain, lumbar radiculopathy, and aggravation of lumbar spondylosis, spondylolisthesis, and stenosis. Treatment rendered as described above to include surgical intervention has been reasonable, necessary, and causally related to the injuries sustained in the reported motor vehicle collision of April 3, 2018. The surgery I performed on December 12, 2022, was necessitated by and causally related to the injuries sustained in the reported April 3, 2018, motor vehicle crash. Further treatment is indicated for Mr. Heller to include follow-up with me with repeat x-rays and ultimately a CT scan of the lumbar spine to assess integrity of the fusion mass. If there is a solid fusion, Mr. Heller will need further surgery to include removal of hardware with appropriate perioperative rehabilitation. If there is no solid fusion (if there is a pseudoarthrosis), Mr. Heller will need further surgery to correct this. This further surgery would involve an anterior and posterior lumbar fusion with revision of the instrumentation with appropriate perioperative rehabilitation. Ultimately, these surgeries are not expected to yield complete resolution of his symptoms and yet further pain management interventions will be needed to include three lumbar epidural steroid injections, three lumbar facet injections, lumbar radiofrequency ablation, and placement of a spinal cord stimulator. Fees associated with further treatment will exceed $100,000. Mr. Heller will have future limitations as a consequence of the injuries sustained on April 3, 2018. He is not able to work without restriction.

Should any additional records become available for review, I ask that those records be forwarded to me as they may be of benefit in evaluating this situation. Theoretically, review of additional records could cause me to refine/alter/change the opinions expressed above. Should you have any further questions, please do not hesitate to contact me.

Yours sincerely,

Christian Fras, MD, FACS

CF/md