IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DARYL HELLER and DENISE HELLER, | : CIVIL ACTION NO. 1:24-CV-293 :<br>: (Judge Conner) |
| Plaintiffs | : |
| v. | : |
| SELECTIVE INSURANCE COMPANY OF SOUTHEAST, | : |
| Defendant | : |

# ORDER

AND NOW, this 20th day of June, 2024, in accordance with Standing Order 04-3 and Local Rule of Court 16.8 which establish and implement this judicial district's court-annexed mediation program, see M.D. PA. STANDING ORDER 04-3 (July 26, 2004); M.D. PA. L.R. 16.8, it is hereby ORDERED that:

1. The above-captioned civil action has been selected at random for mandatory referral to court-annexed mediation and is accordingly REFERRED to court-annexed mediation in accordance with Standing Order 04-3 and Local Rule 16.8.

2. The following individual is appointed to serve as the mediator in this action:

    David L. Lutz
    Handler Henning & Rosenberg LLC
    4400 Deer Path Road
    Suite 205
    Harrisburg, PA 17110
    717-222-2222

3. The mediation conference shall be scheduled by the mediator after conferring with counsel and shall take place within 90 days.

4. The mediation conference shall be conducted in accordance with Local Rule 16.8.6.

5. In accordance with Local Rule 16.8.3, services of the mediator shall be provided *pro bono*.

6. The Clerk of Court is directed to cause a copy of this Order to be served on the mediator and to forward to the mediator a copy of the docket sheet.

7. The mediator shall file the following report after the mediation:

**MEDIATION REPORT**

In accordance with the Court's mediation order, a mediation conference was held on __12-11-24__, and the results of that conference are indicated below:

__✓__    The case has been completely settled.

____    No settlement reached.

____    The parties have reached an impasse. The parties and the mediator agree that a future mediation conference(s) may be beneficial and will engage in additional discussions if appropriate.

DATE:

_____ 12-11-24
Signature of Mediator

8. Counsel and their clients or client representatives with complete authority to negotiate and consummate a settlement shall attend the mediation conference. The purpose of this requirement is to have in attendance a representative who has both the authority to exercise their own discretion and the realistic freedom to exercise such discretion without negative consequences in order to settle a case during the mediation conference, if appropriate, without consulting someone else who is not present.

2